|  |  |
|---|---|
| CTB, Inc. | ) |
| Plaintiff(s), | ) |
|  | ) |
| vs | ) |
|  | ) |
| Hog Slat Incorporated | ) |
| Defendant(s). | ) |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

_CTB, Inc._____ who is _plaintiff_____,
(name of party)                    (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    YES  ◯          NO  ◉

2. Does party have any parent corporations?

    YES  ◉          NO  ◯

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:
Berkshire Hathaway Inc., 3555 Farnam Street, Suite 1440, Omaha, Nebraska 68131.

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    YES  ◯          NO  ◉

If yes, identify all such owners:

4.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

YES  ◯          NO  ⦿

If yes, identify entity and nature of interest:


5.  Is party a trade association?

YES  ◯          NO  ⦿

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:


6.  If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:


Signature: /s/ Christopher B. Clare

Date: 7/30/2014