IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:14-cv-00157-D

| | |
|---|---|
| CTB, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>HOG SLAT, INCORPORATED )<br>)<br>Defendant. )<br>) | **AFFIDAVIT OF SERVICE** |

The undersigned attorney for Plaintiff in the above-referenced matter certifies that:

1. I have personal knowledge of the matters alleged in this Affidavit and am authorized to make this oath on behalf of the Plaintiff. I am over eighteen years of age and have no disability which would render me incompetent to make this Affidavit.

2. On August 29, 2014, I deposited via Federal Express (FedEx) Priority Overnight service a copy of the Civil Summons and Complaint issued in this action, addressed to Defendant's registered agent and CEO, William Thomas Herring, at Hog Slat Incorporated, 206 Fayetteville Street, Newton Grove, NC 28366.

3. The Civil Summons and Complaint were received by the Defendant on September 2, 2014, as evidenced by the delivery receipt, a true copy of the which is attached hereto as Exhibit A and is incorporated herein by reference.

Dated this 5th day of September, 2014.

Christopher B. Clare (N.C. Bar No. 39582)
601 Pennsylvania Avenue NW
North Building, Suite 1000
Washington, D.C. 20004

tel (202) 572-8671
fax (202) 572-8691
cclare@clarkhill.com
Attorney for Plaintiff, CTB, Inc.
Local Civil Rule 83.1 Counsel

Sworn To and Subscribed Before Me
This  5th  day of September, 2014

_____
Notary Public of the District of Columbia

My Commission Expires: 08/31/2019



## CERTIFICATE OF SERVICE

     I hereby certify that on September 5, 2014, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system and that I served the Defendant a copy of the same via first class U.S. mail, addressed to:

William Thomas Herring, CEO
Hog Slat Incorporated
206 Fayetteville Street
Newton Grove, NC 28366

                                            */s/ Christopher B. Clare*

3

Case 7:14-cv-00157-D   Document 11   Filed 09/05/14   Page 3 of 3