IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:14-CV-157-D

| | |
|---|---|
| CTB, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HOG SLAT, INCORPORATED | ) |
| | ) |
| Defendant. | ) |

## [PROPOSED] ORDER GRANTING DEFENDANT HOG SLAT, INC.'S CONSENT MOTION TO FILE UNDER TEMPORARY SEAL DOCUMENTS AND INFORMATION DESIGNATED AS CONFIDENTIAL OR THAT MAY REVEAL CONFIDENTIAL INFORMATION

This matter is before the Court upon Defendant's Motion to File Under Temporary Seal Documents Designated as Confidential or That May Reveal Confidential Information pursuant to the December 23, 2014 Protective Order. Good cause therefore having been shown, the Motion is **GRANTED**, and it is hereby **ORDERED** that this Court will maintain under seal the following: Hog Slat's Memorandum of Law in Opposition to CTB, Inc.'s Motion to Quash Subpoena to Plaintiff's Trial Counsel and exhibits thereto.

This the ____ day of December, 2015.

_____
The Honorable James C. Dever, III
Chief United States District Judge