IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:14-CV-157-D

| | |
|---|---|
| CTB, INC., | ) |
| Plaintiff, | ) |
| v. | ) NOTICE OF APPEARANCE |
| HOG SLAT, INCORPORATED | ) |
| Defendant. | ) |

To: The Clerk of Court and all parties of record.

PLEASE TAKE NOTICE that I, Martin W. Hayes of the firm of Williams Mullen, P.C., hereby give notice of my special appearance as counsel of record in the above-captioned case on behalf of the Defendant, Hog Slat, Incorporated. In accordance with Local Rule 83.1(d), the undersigned appears in association with Robert C. Van Arnam, a member of the bar of this Court.

This the 1st day of April, 2016.

Respectfully submitted,
WILLIAMS MULLEN

By: ___/ s /___
Martin W. Hayes
Virginia State Bar No. 82204
WILLIAMS MULLEN, P.C.
8300 Greensboro Drive, Suite 1100
Tysons Corner, VA 22102
Telephone: 703.760.5245
Facsimile: 703.748.0244
mhayes@williamsmullen.com
*Attorney for Hog Slat, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2016, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to counsel of record below who are registered participants of the Court's CM/ECF system.

>CLARK HILL PLC
>
>David J. Marr (Ill. Bar No. 6194750)
>Timothy McCarthy (Ill. Bar No. 6187163)
>Jennifer Woods (Ill. Bar No. 6304326)
>Eric Dorkin (Ill. Bar No. 6256390)
>150 North Michigan Avenue
>Suite 2700
>Chicago, Illinois 60601
>dmarr@clarkhill.com
>TMcCarthy@ClarkHill.com
>jwoods@ClarkHill.com
>edorkin@clarkhill.com
>
>Christopher B. Clare (N.C. Bar No. 39582)
>601 Pennsylvania Avenue NW
>North Building, Suite 1000
>Washington, D.C. 20004
>Email: cclare@clarkhill.com
>Local Civil Rule 83.1 Counsel
>
>*Attorneys for Plaintiff, CTB, Inc.*

By: ___/ s /_____
Martin W. Hayes
Virginia State Bar No. 82204
WILLIAMS MULLEN, P.C.
8300 Greensboro Drive, Suite 1100
Tysons Corner, VA 22102
Telephone: 703.760.5245
Facsimile: 703.748.0244
mhayes@williamsmullen.com