IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:14-CV-157-D

| | |
|---|---|
| CTB, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) MOTION FOR ATTORNEY'S FEES |
| | ) AND COSTS |
| HOG SLAT, INCORPORATED | ) |
| | ) |
| Defendant. | ) |

Pursuant to Federal Rule of Civil Procedure 37 and the Court's Order of March 23, 2016 (D.E. 74), Defendant Hog Slat, Incorporated ("Hog Slat"), by and through the undersigned counsel, hereby moves for an award of attorney's fees in the amount of $23,306 incurred to sustain its successful Motion for Sanctions (D.E. 31). In support of the instant Motion, Hog Slat files contemporaneously herewith its Memorandum of Law in Support of Motion for Attorney's Fees and accompanying declarations and exhibits.

Respectfully submitted, this the 6th day of April, 2016.

> WILLIAMS MULLEN
>
> /s/ *Robert C. Van Arnam*
> Robert C. Van Arnam
> NC Bar No. 28838
> Gilbert C. Laite III
> NC Bar No. 12460
> WILLIAMS MULLEN, P.C.
> 301 Fayetteville Street, Suite 1700
> Raleigh, North Carolina 27601
> Telephone: 919.981.4000
> Facsimile: 919.981.4300
> rvanarnam@williamsmullen.com
> glaite@williamsmullen.com
> N.C. Bar No. 28838
> *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of April, 2016, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to counsel of record below who are registered participants of the Court's CM/ECF system.

CLARK HILL PLC

David J. Marr (Ill. Bar No. 6194750)
Timothy McCarthy (Ill. Bar No. 6187163)
Jennifer Woods (Ill. Bar No. 6304326)
Eric Dorkin (Ill. Bar No. 6256390)
150 North Michigan Avenue
Suite 2700
Chicago, Illinois 60601
dmarr@clarkhill.com
TMcCarthy@ClarkHill.com
jwoods@ClarkHill.com
edorkin@clarkhill.com

Christopher B. Clare (N.C. Bar No. 39582)
601 Pennsylvania Avenue NW
North Building, Suite 1000
Washington, D.C. 20004
Email: cclare@clarkhill.com
Local Civil Rule 83.1 Counsel

*Attorneys for Plaintiff, CTB, Inc.*

WILLIAMS MULLEN

s/ *Robert C. Van Arnam*
Robert C. Van Arnam