IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:14-CV-157-D

| | |
|---|---|
| CTB, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HOG SLAT, INCORPORATED | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANT HOG SLAT, INC.'S
CONSENT MOTION TO FILE UNDER TEMPORARY SEAL
THE DECLARATIONS AND INFORMATION
IN SUPPORT OF ITS MOTION FOR ATTORNEY'S FEES**

This matter is before the Court upon Defendant's Motion to File Under Seal the declarations and certain exhibits submitted in support of the Motion and Memorandum for Attorney's Fees filed pursuant to the Court's March 23, 2016 Order (D.E. 74). Good cause therefore having been shown, the Motion is **GRANTED**, and it is hereby **ORDERED** that this Court will maintain under seal the following: all declarations and non-public exhibits submitted as part of Hog Slat's Memorandum of Law in Support of Its Motion for Attorney's Fees.

This the ____ day of April, 2016.

_____
James E. Gates
United States Magistrate Judge