# EXHIBIT 1

# LIST OF ATTACHMENTS

| | |
|---|---|
| **EXHIBIT 1** | List of Attachments |
| **EXHIBIT 2** | U.S. Trademark Registration No. 4,116,988 |
| **EXHIBIT 3** | U.S. Trademark Application Serial No. 85/180,347 |
| **EXHIBIT 4** | Petition to Make Special, U.S. Trademark Appln. Serial No. 85/180,347 |
| **EXHIBIT 5** | March 9, 2011 Office Action, U.S. Trademark Appln. Serial No. 85/180,347 |
| **EXHIBIT 6** | Sept. 8, 2011 Response to Office Action, U.S. Trademark Appln. Serial No. 85/180,347 |
| **EXHIBIT 7** | U.S. Trademark Registration No. 4,290,371 |
| **EXHIBIT 8** | U.S. Trademark Application Serial No. 85/180,324 |
| **EXHIBIT 9** | Petition to Make Special, U.S. Trademark Appln. Serial No. 85/180,324 |
| **EXHIBIT 10** | March 9, 2011 Office Action, U.S. Trademark Appln. Serial No. 85/180,324 |
| **EXHIBIT 11** | Sept. 8, 2011 Response to Office Action, U.S. Trademark Appln. Serial No. 85/180,324 |
| **EXHIBIT 12** | Nov. 7, 2011 Office Action, U.S. Trademark Appln. Serial No. 85/180,324 |
| **EXHIBIT 13** | May 7, 2012 Response to Office Action, U.S. Trademark Appln. Serial No. 85/180,324 |
| **EXHIBIT 14** | June 3, 2012 Office Action, U.S. Trademark Appln. Serial No. 85/180,324 |
| **EXHIBIT 15** | Dec. 3, 2012 Response to Office Action, U.S. Trademark Appln. Serial No. 85/180,324 |
| **EXHIBIT 16** | Excerpts from Deposition of Rhonda Harper |
| **EXHIBIT 17** | Excerpts from Deposition of Thomas Maronick |
| **EXHIBIT 18** | Deposition of Rhonda Harper, Exhibit 4 |