# EXHIBIT 3

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 85180347**
**Filing Date: 11/18/2010**

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85180347 |
| **MARK INFORMATION** | |
| ***MARK** | \\TICRS\EXPORT11\IMAGEOUT11\851\803\85180347\xml1\ APP0002.JPG |
| **SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **COLOR MARK** | NO |
| ***DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of a three-dimensional configuration of a unique mechanized poultry feeder which includes a pan structure and a grill structure. When viewed from any side, the perimeter of the feeder has a generally octagonal shape as it has two generally vertical sides, defined by portions of both the pan structure and the grill structure, two generally horizontal sides, one defined at the bottom of the pan structure and the other defined at the top of the grill structure, and four generally diagonal sides which interconnect the vertical sides to the horizontal sides. Internal angles between the diagonal sides and the vertical sides are generally smaller than the internal angles between the diagonal sides and the horizontal sides. The matter shown in broken lines is not part of the mark and serves only to show the position or placement of the mark. |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 944 x 944 |
| **REGISTER** | Principal |

| APPLICANT INFORMATION | |
|---|---|
| *OWNER OF MARK | CTB, Inc. |
| *STREET | 611 North Higbee Street |
| *CITY | Milford |
| *STATE<br>(Required for U.S. applicants) | Indiana |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE<br>(Required for U.S. applicants only) | 46542 |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Indiana |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 007 |
| *IDENTIFICATION | Mechanized poultry feeders |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 12/01/1999 |
| FIRST USE IN COMMERCE DATE | At least as early as 12/01/1999 |
| SPECIMEN<br>FILE NAME(S) | \\TICRS\EXPORT11\IMAGEOUT11\851\803\85180347\xml1\ APP0003.JPG |
| | \\TICRS\EXPORT11\IMAGEOUT11\851\803\85180347\xml1\ APP0004.JPG |
| SPECIMEN DESCRIPTION | brochure displaying pictures of the feeder and describing the feeder |
| **ADDITIONAL STATEMENTS SECTION** | |
| SECTION 2(f) | The mark has become distinctive of the goods/services through the applicant's substantially exclusive and continuous use in commerce for at least the five years immediately before the date of this statement. |
| **ATTORNEY INFORMATION** | |
| NAME | David J. Marr |
| ATTORNEY DOCKET NUMBER | 35002/138569/341A |
| FIRM NAME | Clark Hill PLC |

| | |
|---|---|
| STREET | 150 North Michigan Avenue |
| CITY | Chicago |
| STATE | Illinois |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 60601 |
| PHONE | 312-985-5555 |
| FAX | 312-985-5955 |
| EMAIL ADDRESS | mkitz@clarkhill.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **CORRESPONDENCE INFORMATION** | |
| NAME | David J. Marr |
| FIRM NAME | Clark Hill PLC |
| STREET | 150 North Michigan Avenue |
| CITY | Chicago |
| STATE | Illinois |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 60601 |
| PHONE | 312-985-5555 |
| FAX | 312-985-5955 |
| EMAIL ADDRESS | mkitz@clarkhill.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 325 |
| *TOTAL FEE PAID | 325 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /David J. Marr/ |
| SIGNATORY'S NAME | David J. Marr |
| SIGNATORY'S POSITION | Attorney of record |
| DATE SIGNED | 11/18/2010 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 85180347**
**Filing Date: 11/18/2010**

## To the Commissioner for Trademarks:

**MARK:** (Stylized and/or Design, see mark)
The applicant is not claiming color as a feature of the mark. The mark consists of a three-dimensional configuration of a unique mechanized poultry feeder which includes a pan structure and a grill structure. When viewed from any side, the perimeter of the feeder has a generally octagonal shape as it has two generally vertical sides, defined by portions of both the pan structure and the grill structure, two generally horizontal sides, one defined at the bottom of the pan structure and the other defined at the top of the grill structure, and four generally diagonal sides which interconnect the vertical sides to the horizontal sides. Internal angles between the diagonal sides and the vertical sides are generally smaller than the internal angles between the diagonal sides and the horizontal sides. The matter shown in broken lines is not part of the mark and serves only to show the position or placement of the mark.
The applicant, CTB, Inc., a corporation of Indiana, having an address of
    611 North Higbee Street
    Milford, Indiana 46542
    United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 007:  Mechanized poultry feeders

In International Class 007, the mark was first used at least as early as 12/01/1999, and first used in commerce at least as early as 12/01/1999, and is now in use in such commerce. The applicant is submitting one specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) brochure displaying pictures of the feeder and describing the feeder.
Specimen File1
Specimen File2


The mark has become distinctive of the goods/services through the applicant's substantially exclusive and continuous use in commerce for at least the five years immediately before the date of this statement.

The applicant's current Attorney Information:
David J. Marr of Clark Hill PLC
    150 North Michigan Avenue
    Chicago, Illinois 60601
    United States
The attorney docket/reference number is 35002/138569/341A.

The applicant's current Correspondence Information:
  David J. Marr
  Clark Hill PLC
  150 North Michigan Avenue
  Chicago, Illinois 60601
  312-985-5555(phone)
  312-985-5955(fax)
  mkitz@clarkhill.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /David J. Marr/   Date Signed: 11/18/2010
Signatory's Name: David J. Marr
Signatory's Position: Attorney of record


RAM Sale Number: 4284
RAM Accounting Date: 11/19/2010

Serial Number: 85180347
Internet Transmission Date: Thu Nov 18 17:34:56 EST 2010
TEAS Stamp: USPTO/BAS-209.254.200.26-201011181734560
93215-85180347-470806871493a1c57a0ebda39
3ca5bab0-CC-4284-20101118172558799975



# MODEL C2® PLUS Broiler Feeders

## The Broiler Feeder That Promotes Better Feed Conversion

### Gets Birds Off to a Good Start from Day One

- **Chick-friendly** 14-spoke grill design lets birds exit pans easily.
- **Shallow pan option** reduces the need for feed trays and extra labor when starting birds.
- **Optional feed windows** fill pans high with feed to attract chicks.
- **All-plastic construction** with ultraviolet protection and reinforced eating and cone wear areas.
- **Extended fin model** helps ensure feed delivery by improving feed flow for harder flowing feed.




### Easy-To-Read Feed Level Settings

*Pan hangs for cleaning.*

- Easy to adjust for flooding or a lower feed level as birds grow.
- Optional slide shut-off also available.



Find your certified TRUE RED® distributor in our on-line distributor finder to get more information.



*Chore-Time's MODEL C2® PLUS Broiler Feeding System gets birds off to a good start, minimizes wasted feed, and provides birds with consistent access to fresh feed.*

### Keeps Birds Growing with Top Feed Conversion

- Feed-saving features include Chore-Time's "V"-shaped pan bottom design, double pan lip and anti-rake fins.
- Extended fin model features ½-inch (13-mm) longer anti-rake fins to keep the cone off the bottom of the pan – permits more feed in pan when windows are closed with pan on the floor.
- Designed for management simplicity.



# MODEL C2® PLUS Feeder Specifications

| Pan Shape | Model C2 Plus SHL Shallow Pan | Model C2 Plus STD Standard Pan | Model C2 Plus EXT Extended Fin |
|---|---|---|---|
| Pan Depth | 2-9/16" (65 mm) | 3-1/8" (79.3 mm) | 3-1/8" (79.3 mm) |
| Window Options | Window or Non-Window | | Window Only |
| Extended Fins | No | | Yes |
| Advantages of This Model | Shorter pan height results in easier access for chicks and small birds. | Proven, reliable performance from the feeder that has grown to be the industry standard. | Fixed feed height at bottom helps maintain feed flow at all times regardless of pan height or litter level; more interior space improves flow for harder flowing feed. |

## Other Feeder Features

- 1/3 or 1/2 HP 348 RPM power unit.
- 230 volt 50/60 Hz 1 or 3 phase power.
- Removable top option and slide shut-off available for all models.



*Chore-Time's MODEL C2® PLUS Feeder is shown with removable top option.*

Find your certified TRUE RED® distributor in our on-line distributor finder.

**www.choretimepoultry.com**

Chore-Time Poultry Production Systems
Chore-Time Brock International
Divisions of CTB, Inc.
Phone: 574.658.4101 or +1.574.658.9323 (International)
E-mail: poultry@choretime.com or world@ctbworld.com

**CHORE-TIME® Let's grow together.**

Feeding | Watering | Controls | Ventilation | Heating | Nests | Feed Storage

CT-2430/0509





# MODEL C2® PLUS Broiler Feeders

## The Broiler Feeder That Promotes Better Feed Conversion

**CHORE-TIME®**
*Let's grow together.*

### Gets Birds Off to a Good Start from Day One

- **Chick-friendly** 14-spoke grill design lets birds exit pans easily.
- **Shallow pan option** reduces the need for feed trays and extra labor when starting birds.
- **Optional feed windows** fill pans high with feed to attract chicks.
- **All-plastic construction** with ultraviolet protection and reinforced eating and cone wear areas.
- **Extended fin model** helps ensure feed delivery by improving feed flow for harder flowing feed.



*Chore-Time's MODEL C2® PLUS Broiler Feeding System gets birds off to a good start, minimizes wasted feed, and provides birds with consistent access to fresh feed.*



*Pan hangs for cleaning.*



### Easy-To-Read Feed Level Settings

- Easy to adjust for flooding or a lower feed level as birds grow.
- Optional slide shut-off also available.

### Keeps Birds Growing with Top Feed Conversion

- Feed-saving features include Chore-Time's "V"-shaped pan bottom design, double pan lip and anti-rake fins.
- Extended fin model features ½-inch (13-mm) longer anti-rake fins to keep the cone off the bottom of the pan – permits more feed in pan when windows are closed with pan on the floor.
- Designed for management simplicity.





Find your certified TRUE RED® distributor in our on-line distributor finder to get more information.

# MODEL C2® PLUS Feeder Specifications

| | Model C2 Plus SHL Shallow Pan | Model C2 Plus STD Standard Pan | Model C2 Plus EXT Extended Fin |
|---|---|---|---|
| **Pan Shape** | | | |
| **Pan Depth** | 2-9/16" (65 mm) | 3-1/8" (79.3 mm) | 3-1/8" (79.3 mm) |
| **Window Options** | Window or Non-Window | | Window Only |
| **Extended Fins** | No | | Yes |
| **Advantages of This Model** | Shorter pan height results in easier access for chicks and small birds. | Proven, reliable performance from the feeder that has grown to be the industry standard. | Fixed feed height at bottom helps maintain feed flow at all times regardless of pan height or litter level; more interior space improves flow for harder flowing feed. |

## Other Feeder Features

- 1/3 or 1/2 HP 348 RPM power unit.
- 230 volt 50/60 Hz 1 or 3 phase power.
- Removable top option and slide shut-off available for all models.



*Chore-Time's MODEL C2® PLUS Feeder is shown with removable top option.*

**CHORE-TIME®** Let's grow together.

Feeding | Watering | Controls | Ventilation | Heating | Nests | Feed Storage

Find your certified TRUE RED® distributor in our on-line distributor finder.
**www.choretimepoultry.com**
Chore-Time Poultry Production Systems
Chore-Time Brock International
Divisions of CTB, Inc.
Phone: 574.658.4101 or +1.574.658.9323 (International)
E-mail: poultry@choretime.com or world@ctbworld.com

CT-2430/0509

