# EXHIBIT 17

```
 1        Q    Right.  I'm saying -- I'll ask you again.
 2   I apologize.
 3             The 2015 survey was titled and/or designed
 4   to address secondary meaning?
 5        A    Yes.
 6        Q    And so what I'm asking you is, independent
 7   of your criticisms of it regarding secondary meaning,
 8   is there anything from the 2013 survey from which you
 9   could conclude anything about likelihood of confusion?
10        A    In my judgment, no, because of all the
11   flaws in it.
12        Q    Okay.  The 2015 is consumer confusion.
13             Is there anything in the 2015 consumer
14   confusion survey from which you can conclude anything
15   about secondary meaning?
16             MR. VAN ARNAM:  Objection to form.
17        A    About the presence of it, no.  As to the
18   absence of it, yes.  Because her results basically
19   show that there is no -- her own data show that there
20   is no -- in the 2015 survey, that there's no
21   consumer -- there's no secondary -- excuse me.
22   There's no consumer confusion, there's no -- in the
23   2013 survey, the data show -- a careful, correct
24   analysis of the data show there is no second -- there
25   is no secondary meaning -- presence -- there is no
```

presence of secondary meaning.

Q Okay. So let's take the Harper secondary meaning report. And show me in the report how you reach the conclusion that the numbers show, in fact, no secondary meaning.

MR. VAN ARNAM: Which report? 2015?

MR. DORKIN: 2013.

A 2013.

Q My understanding, this is secondary meaning.

And I believe you said that the numbers will actually show that there is no secondary meaning?

A Yes.

Q Okay.

A I don't have -- at the time I wrote my report, and I don't have now, the underlying data --

Q Okay.

A -- for this.

I've seen it since then.

Q Right.

A And when I looked at those data, all right, I saw that her percentages were totally out of line with generally accepted procedures and how to collect -- correct -- how to analyze and present those data.