# EXHIBIT 18

## Harper Research

Are you, or anyone in your immediate family, employed in the field of marketing research?

| AnswerOptions | ResponsePercent | ResponseCount |
|---|---|---|
| Yes | 14.9% | 65 |
| No | 85.1% | 370 |
| AnsweredQuestion | | 435 |
| SkippedQuestion | | 0 |



Are you, or anyone in your immediate family, employed in the field of marketing research?

- ▣ Yes
- ▪ No



PENGUID 800-631-6989

EXHIBIT

4

Harper
10·13·15   LLM

## Harper Research

**Have you worked for a poultry drinking equipment manufacturer in the past 5 years?**

| AnswerOptions | ResponsePercent | ResponseCount |
|---|---|---|
| Yes | 4.3% | 16 |
| No | 95.7% | 355 |
| | AnsweredQuestion | 371 |
| | SkippedQuestion | 64 |



Have you worked for a poultry drinking equipment manufacturer in the past 5 years?

Harper Research

Have you worked for a poultry feeding equipment manufacturer in the past 5 years?

| AnswerOptions | ResponsePercent | ResponseCount |
|---|---|---|
| Yes | 7.0% | 26 |
| No | 93.0% | 345 |
| | AnsweredQuestion | 371 |
| | SkippedQuestion | 64 |



Have you worked for a poultry feeding equipment manufacturer in the past 5 years?

Harper Research

**Are you familiar with poultry pan feeders?**

| AnswerOptions | ResponsePercent | ResponseCount |
|---|---|---|
| Yes | 51.3% | 177 |
| No | 48.7% | 168 |
| AnsweredQuestion | | 345 |
| SkippedQuestion | | 90 |



Are you familiar with poultry pan feeders?

□ Yes
■ No

## Harper Research

Looking at the poultry pan feeder image above, which, if any, of the following manufacturers makes the product?

| AnswerOptions | ResponsePercent | ResponseCount | OF THOSE THAT "KNOW" |
|---|---|---|---|
| Big Dutchman | 23.2% | 41 | 36% |
| Chore-Time | 14.1% | 25 | 22% |
| Cumberland | 6.8% | 12 | 10% |
| Lomax | 5.6% | 10 | 9% |
| Roxell | 8.5% | 15 | 13% |
| Val-Co | 6.8% | 12 | 10% |
| Other / Don't Know | 35.0% | 62 | |
| | AnsweredQuestion | 177 | |
| | SkippedQuestion | 258 | |



Looking at the poultry pan feeder image above, which, if any, of the following manufacturers makes the product?

- □ Big Dutchman
- ■ Chore-Time
- □ Cumberland
- □ Lomax
- ■ Roxell
- ⊞ Val-Co
- ■ Other / Don't Know

Harper Research

Why did you select this answer?

| AnswerOptions | ResponseCount |
| --- | --- |
| AnsweredQuestion | 65 |
| SkippedQuestion | 370 |

| Number | Response Date | Response Text | Categories |
| --- | --- | --- | --- |
| 1 | Jan 31, 2013 4:07 PM | I just looked at their booth | |
| 2 | Jan 31, 2013 3:59 PM | seen it some where | |
| 3 | Jan 31, 2013 3:53 PM | it looks like big dutchman feeder | |
| 4 | Jan 31, 2013 2:51 PM | I dont know who makes this. | |
| 5 | Jan 30, 2013 8:53 PM | Becausw I don't know | |
| 6 | Jan 30, 2013 8:41 PM | i saw this type at the show | |
| 7 | Jan 30, 2013 8:14 PM | Not familiar with product | |
| 8 | Jan 30, 2013 8:04 PM | shape | |
| 9 | Jan 30, 2013 7:41 PM | shape | |
| 10 | Jan 30, 2013 7:36 PM | seen their product | |
| 11 | Jan 30, 2013 7:15 PM | I think it was also on display | |
| 12 | Jan 30, 2013 7:02 PM | guess | |
| 13 | Jan 30, 2013 6:54 PM | I can not remember names of things | |
| 14 | Jan 30, 2013 6:24 PM | Need color to differentiate | |
| 15 | Jan 30, 2013 6:19 PM | feed company | |
| 16 | Jan 30, 2013 6:14 PM | It loos like one. | |
| 17 | Jan 30, 2013 6:07 PM | don't know image | |
| 18 | Jan 30, 2013 5:53 PM | I think I have seen these. | |
| 19 | Jan 30, 2013 5:29 PM | Never bought one | |
| 20 | Jan 30, 2013 5:24 PM | not familiar with brand names | |
| 21 | Jan 30, 2013 5:22 PM | Saw at show | |
| 22 | Jan 30, 2013 5:01 PM | expierence | |
| 23 | Jan 30, 2013 4:53 PM | its a cumberland model | |
| 24 | Jan 30, 2013 4:47 PM | leading supplier | |
| 25 | Jan 30, 2013 4:15 PM | my boss has one | |
| 26 | Jan 30, 2013 4:04 PM | Because I do not know who manufactures this. | |
| 27 | Jan 30, 2013 3:44 PM | dont know it | |
| 28 | Jan 30, 2013 3:26 PM | Cumberland design | |
| 29 | Jan 30, 2013 3:26 PM | ad | |
| 30 | Jan 30, 2013 2:52 PM | guess | |
| 31 | Jan 30, 2013 2:49 PM | Same as last | |
| 32 | Jan 30, 2013 2:39 PM | know these companies | |
| 33 | Jan 30, 2013 2:28 PM | Borrowed one for the Poultry Show | |
| 34 | Jan 30, 2013 2:24 PM | looks like i should know | |
| 35 | Jan 30, 2013 2:09 PM | big dutchman | |
| 36 | Jan 29, 2013 9:59 PM | saw their equipment | |
| 37 | Jan 29, 2013 9:37 PM | because i know for a fact they do | |
| 38 | Jan 29, 2013 9:23 PM | better known | |
| 39 | Jan 29, 2013 9:14 PM | I'm not sure | |
| 40 | Jan 29, 2013 9:13 PM | i know big dutchman look | |
| 41 | Jan 29, 2013 8:37 PM | the model | |
| 42 | Jan 29, 2013 8:21 PM | appears to be what is in feed houses | |
| 43 | Jan 29, 2013 8:16 PM | i honestly have no idea | |
| 44 | Jan 29, 2013 8:00 PM | guess | |
| 45 | Jan 29, 2013 7:59 PM | saw one at this show | |
| 46 | Jan 29, 2013 7:52 PM | not familiar with manufacturer | |
| 47 | Jan 29, 2013 7:44 PM | same | |
| 48 | Jan 29, 2013 7:31 PM | many look similar and I am not sure what it is. | |
| 49 | Jan 29, 2013 7:28 PM | not familiar | |
| 50 | Jan 29, 2013 7:20 PM | looks familiar | |
| 51 | Jan 29, 2013 7:02 PM | Bit of a guess to be honest. Looks familiar and I know some of our producers have Chore-Time so... | |
| 52 | Jan 29, 2013 6:41 PM | know the product | |
| 53 | Jan 29, 2013 6:34 PM | thats what I think | |
| 54 | Jan 29, 2013 6:16 PM | dont know product | |
| 55 | Jan 29, 2013 5:44 PM | familurity | |
| 56 | Jan 29, 2013 5:35 PM | don't know | |
| 57 | Jan 29, 2013 5:09 PM | pan | |
| 58 | Jan 29, 2013 5:00 PM | looks | |
| 59 | Jan 29, 2013 5:00 PM | I have seen them | |
| 60 | Jan 29, 2013 4:48 PM | Again, brand recognition not here | |
| 61 | Jan 29, 2013 4:47 PM | shape | |
| 62 | Jan 29, 2013 4:31 PM | LOOK MUCH STRONGER | |
| 63 | Jan 29, 2013 4:31 PM | same as 6 | |
| 64 | Jan 29, 2013 4:18 PM | cuz | |
| 65 | Jan 29, 2013 4:14 PM | NOT FAMILIAR WITH THE MANUFACTURERS | |

## Harper Research

Looking at the poultry pan feeder image above, which, if any, of the following manufacturers makes the product?

| AnswerOptions | ResponsePercent | ResponseCount | OF THOSE THAT KNOW |
|---|---|---|---|
| Big Dutchman | 14.7% | 26 | 21% |
| Chore-Time | 27.7% | 49 | 40% |
| Cumberland | 10.7% | 19 | 16% |
| Lomax | 6.2% | 11 | 9% |
| Roxell | 2.3% | 4 | 3% |
| Val-Co | 6.8% | 12 | 10% |
| Other / Don't Know | 31.6% | 56 | |
| | AnsweredQuestion | 177 | |
| | SkippedQuestion | 258 | |



Looking at the poultry pan feeder image above, which, if any, of the following manufacturers makes the product?

- Big Dutchman
- Chore-Time
- Cumberland
- Lomax
- Roxell
- Val-Co
- Other / Don't Know

Harper Research

Why did you select this answer?

| AnswerOptions | ResponseCount |
|---|---|
| | 63 |
| AnsweredQuestion | 63 |
| SkippedQuestion | 372 |

| Number | Response Date | Response Text | Categories |
|---|---|---|---|
| 1 | Jan 31, 2013 4:07 PM | Still unsure because of color. | |
| 2 | Jan 31, 2013 4:00 PM | never seen it | |
| 3 | Jan 31, 2013 2:51 PM | dont know | |
| 4 | Jan 30, 2013 9:06 PM | wild guess | |
| 5 | Jan 30, 2013 8:42 PM | it looks like a choretime pan | |
| 6 | Jan 30, 2013 8:14 PM | Not familiar with product | |
| 7 | Jan 30, 2013 7:54 PM | Not Sure | |
| 8 | Jan 30, 2013 7:34 PM | seen their product | |
| 9 | Jan 30, 2013 7:30 PM | saw in chicken house | |
| 10 | Jan 30, 2013 7:16 PM | I'm getting confused but it looks similar to theri style | |
| 11 | Jan 30, 2013 6:54 PM | I've never seen this one before. | |
| 12 | Jan 30, 2013 6:53 PM | I can notremember names of things | |
| 13 | Jan 30, 2013 6:24 PM | I dont see variation between brands | |
| 14 | Jan 30, 2013 6:18 PM | feed company | |
| 15 | Jan 30, 2013 6:13 PM | Looks like one | |
| 16 | Jan 30, 2013 6:07 PM | shows | |
| 17 | Jan 30, 2013 5:54 PM | not sure | |
| 18 | Jan 30, 2013 5:28 PM | Never bought one | |
| 19 | Jan 30, 2013 5:24 PM | unfamiliar | |
| 20 | Jan 30, 2013 5:22 PM | Saw at show | |
| 21 | Jan 30, 2013 5:02 PM | expirence | |
| 22 | Jan 30, 2013 4:47 PM | leading suppliers | |
| 23 | Jan 30, 2013 4:16 PM | looks like core | |
| 24 | Jan 30, 2013 4:04 PM | I don't know who manufactures this. | |
| 25 | Jan 30, 2013 3:45 PM | seen it | |
| 26 | Jan 30, 2013 3:44 PM | na | |
| 27 | Jan 30, 2013 3:38 PM | design | |
| 28 | Jan 30, 2013 3:36 PM | visual | |
| 29 | Jan 30, 2013 3:32 PM | looks like theres | |
| 30 | Jan 30, 2013 3:26 PM | saw on floor | |
| 31 | Jan 30, 2013 3:25 PM | Looks like Lomax. | |
| 32 | Jan 30, 2013 3:19 PM | Have BD equipment on campus | |
| 33 | Jan 30, 2013 3:13 PM | guess | |
| 34 | Jan 30, 2013 2:58 PM | know name | |
| 35 | Jan 30, 2013 2:51 PM | look | |
| 36 | Jan 30, 2013 2:49 PM | Same as last | |
| 37 | Jan 30, 2013 2:40 PM | not sure | |
| 38 | Jan 30, 2013 2:08 PM | because i work with the product | |
| 39 | Jan 29, 2013 9:37 PM | guess | |
| 40 | Jan 29, 2013 9:22 PM | I know them best and a good friend of mine works for Chore Time | |
| 41 | Jan 29, 2013 8:21 PM | appears to be prodcu | |
| 42 | Jan 29, 2013 8:15 PM | i think i've seen pan feeders like these advertised on their webpage. | |
| 43 | Jan 29, 2013 8:00 PM | guess | |
| 44 | Jan 29, 2013 8:00 PM | we have used these be for | |
| 45 | Jan 29, 2013 7:54 PM | it looks like their product | |
| 46 | Jan 29, 2013 7:52 PM | seems to ring a bell | |
| 47 | Jan 29, 2013 7:44 PM | look  like a number of pan feeders | |

| 48 | Jan 29, 2013 7:44 PM | same as previous answer |
| 49 | Jan 29, 2013 7:35 PM | Color |
| 50 | Jan 29, 2013 7:32 PM | It looks like one of theirs that I saw. |
| 51 | Jan 29, 2013 7:28 PM | Haven't seen |
| 52 | Jan 29, 2013 7:19 PM | we have these |
| 53 | Jan 29, 2013 7:03 PM | Because I don't know |
| 54 | Jan 29, 2013 6:40 PM | know the company |
| 55 | Jan 29, 2013 6:34 PM | Thats what I think |
| 56 | Jan 29, 2013 6:15 PM | Dont know the product |
| 57 | Jan 29, 2013 5:35 PM | don't know |
| 58 | Jan 29, 2013 5:21 PM | have some |
| 59 | Jan 29, 2013 5:08 PM | pan |
| 60 | Jan 29, 2013 4:49 PM | no colours to help identify |
| 61 | Jan 29, 2013 4:46 PM | the shape of feeder |
| 62 | Jan 29, 2013 4:31 PM | LOOK MUCH STRONGER |
| 63 | Jan 29, 2013 4:15 PM | NOT FAMILIAR |

## Harper Research

Looking at the poultry pan feeder image above, which, if any, of the following manufacturers makes the product?

| AnswerOptions | ResponsePercent | ResponseCount | OF THOSE THAT "KNOW" |
|---|---|---|---|
| Big Dutchman | 11.9% | 21 | 23% |
| Chore-Time | 10.7% | 19 | 20% |
| Cumberland | 13.6% | 24 | 26% |
| Lomax | 6.2% | 11 | 12% |
| Roxell | 5.1% | 9 | 10% |
| Val-Co | 5.1% | 9 | 10% |
| Other / Don't Know | 47.5% | 84 | |
| | AnsweredQuestion | 177 | |
| | SkippedQuestion | 258 | |



Looking at the poultry pan feeder image above, which, if any, of the following manufacturers makes the product?

- Big Dutchman
- Chore-Time
- Cumberland
- Lomax
- Roxell
- Val-Co
- Other / Don't Know

# Harper Research

Why did you select this answer?

| AnswerOptions | ResponseCount |
|---|---|
| | 65 |
| AnsweredQuestion | 65 |
| SkippedQuestion | 370 |

| Number | Response Date | Response Text | Categories |
|---|---|---|---|
| 1 | Jan 31, 2013 4:20 PM | Don't recognize the make | |
| 2 | Jan 31, 2013 3:58 PM | dont know | |
| 3 | Jan 31, 2013 2:52 PM | I do not know who makes this | |
| 4 | Jan 31, 2013 2:51 PM | dont know | |
| 5 | Jan 30, 2013 8:40 PM | i sawa simual feeder at the show | |
| 6 | Jan 30, 2013 8:14 PM | Not familiar with product | |
| 7 | Jan 30, 2013 7:53 PM | No Reason Looks like chore time | |
| 8 | Jan 30, 2013 7:40 PM | shape | |
| 9 | Jan 30, 2013 7:36 PM | seen their product | |
| 10 | Jan 30, 2013 7:16 PM | It reminds me of their company. | |
| 11 | Jan 30, 2013 6:53 PM | I can not remember names of things | |
| 12 | Jan 30, 2013 6:25 PM | Looks like their product | |
| 13 | Jan 30, 2013 6:15 PM | farm | |
| 14 | Jan 30, 2013 6:13 PM | It looks like one. | |
| 15 | Jan 30, 2013 6:08 PM | don't know | |
| 16 | Jan 30, 2013 5:54 PM | Saw them recently at this event | |
| 17 | Jan 30, 2013 5:54 PM | not sure | |
| 18 | Jan 30, 2013 5:29 PM | Never bought one | |
| 19 | Jan 30, 2013 5:25 PM | unfamiliar | |
| 20 | Jan 30, 2013 5:20 PM | Saw at show | |
| 21 | Jan 30, 2013 4:52 PM | it didn't look like the other ones i am familiar with ( chore-time, big dutchman, or cumberland) | |
| 22 | Jan 30, 2013 4:08 PM | because i don't know! | |
| 23 | Jan 30, 2013 4:04 PM | Because I do not know who manufactures this. | |
| 24 | Jan 30, 2013 4:03 PM | I have never seen this one. I have seen similar but not this exact model. | |
| 25 | Jan 30, 2013 3:44 PM | dont know | |
| 26 | Jan 30, 2013 3:39 PM | design | |
| 27 | Jan 30, 2013 3:31 PM | guessed | |
| 28 | Jan 30, 2013 3:18 PM | Have BD equipment | |
| 29 | Jan 30, 2013 3:00 PM | seen before | |
| 30 | Jan 30, 2013 2:52 PM | shape | |
| 31 | Jan 30, 2013 2:49 PM | Same as last | |
| 32 | Jan 30, 2013 2:40 PM | not sure | |
| 33 | Jan 30, 2013 2:24 PM | looks right, might be cumberland | |
| 34 | Jan 29, 2013 9:37 PM | guess | |
| 35 | Jan 29, 2013 9:23 PM | my guess | |
| 36 | Jan 29, 2013 9:14 PM | The number of supports | |
| 37 | Jan 29, 2013 9:06 PM | to keep from making a wrong choice | |
| 38 | Jan 29, 2013 8:53 PM | It sounded good | |
| 39 | Jan 29, 2013 8:20 PM | didn't know | |
| 40 | Jan 29, 2013 8:16 PM | I think i may have seen something like this on their webpage | |
| 41 | Jan 29, 2013 8:01 PM | guess | |
| 42 | Jan 29, 2013 8:00 PM | magazine | |
| 43 | Jan 29, 2013 7:43 PM | name recognition | |
| 44 | Jan 29, 2013 7:36 PM | sharper shape | |
| 45 | Jan 29, 2013 7:31 PM | have not seen this one | |
| 46 | Jan 29, 2013 7:28 PM | looks like theirs | |
| 47 | Jan 29, 2013 7:18 PM | wE HAVE THESE | |
| 48 | Jan 29, 2013 7:00 PM | I am familiar with what pan feeders are but not the different brands/manuafacturers | |
| 49 | Jan 29, 2013 6:40 PM | remembered their marketing | |
| 50 | Jan 29, 2013 6:37 PM | UNFARMILIAR BASE | |
| 51 | Jan 29, 2013 6:34 PM | thats what I think | |
| 52 | Jan 29, 2013 6:16 PM | dont know product | |
| 53 | Jan 29, 2013 5:59 PM | don't have enough experience to id | |
| 54 | Jan 29, 2013 5:36 PM | don't know | |
| 55 | Jan 29, 2013 5:29 PM | I know its not big dutchman but im not sure about the other companies | |
| 56 | Jan 29, 2013 5:19 PM | didnt knolw | |
| 57 | Jan 29, 2013 5:09 PM | not sure | |
| 58 | Jan 29, 2013 5:00 PM | looks | |
| 59 | Jan 29, 2013 4:59 PM | I have seen them before | |
| 60 | Jan 29, 2013 4:47 PM | No clear brand recognition. | |
| 61 | Jan 29, 2013 4:42 PM | dnt know | |
| 62 | Jan 29, 2013 4:32 PM | LOOK MUCH STRONGER | |
| 63 | Jan 29, 2013 4:30 PM | i think i saw it at an expo | |
| 64 | Jan 29, 2013 4:16 PM | NewExhibitor | |
| 65 | Jan 29, 2013 4:14 PM | NOT FAMILIAR WITH MANUFACTURERS | |

## Harper Research

Looking at the poultry pan feeder image above, which, if any, of the following manufacturers makes the product?

| AnswerOptions | ResponsePercent | ResponseCount | OF THOSE THAT "KNOW" |
|---|---|---|---|
| Big Dutchman | 15.3% | 27 | 26% |
| Chore-Time | 5.6% | 10 | 10% |
| Cumberland | 8.5% | 15 | 15% |
| Lomax | 10.2% | 18 | 18% |
| Roxell | 9.6% | 17 | 17% |
| Val-Co | 8.5% | 15 | 15% |
| Other / Don't Know | 42.4% | 75 | |
| | AnsweredQuestion | 177 | |
| | SkippedQuestion | 258 | |



Looking at the poultry pan feeder image above, which, if any, of the following manufacturers makes the product?

- Big Dutchman
- Chore-Time
- Cumberland
- Lomax
- Roxell
- Val-Co
- Other / Don't Know

# Harper Research

Why did you select this answer?

| AnswerOptions | ResponseCount |
|---|---|
| | 66 |
| AnsweredQuestion | 66 |
| SkippedQuestion | 369 |

| Number | Response Date | Response Text | Categories |
|---|---|---|---|
| 1 | Jan 31, 2013 4:07 PM | Its a curious feeder because of the color. | |
| 2 | Jan 31, 2013 4:00 PM | never seen it | |
| 3 | Jan 31, 2013 3:51 PM | Familiar with the product | |
| 4 | Jan 31, 2013 2:52 PM | I dont' t know | |
| 5 | Jan 31, 2013 2:51 PM | dont know | |
| 6 | Jan 30, 2013 9:04 PM | It's squatty like the word Cumberland | |
| 7 | Jan 30, 2013 8:58 PM | Not familiar with any product names | |
| 8 | Jan 30, 2013 8:40 PM | i saw at show | |
| 9 | Jan 30, 2013 8:13 PM | name recognition | |
| 10 | Jan 30, 2013 7:54 PM | Guess | |
| 11 | Jan 30, 2013 7:41 PM | shape | |
| 12 | Jan 30, 2013 7:33 PM | seen their product | |
| 13 | Jan 30, 2013 7:30 PM | Video | |
| 14 | Jan 30, 2013 7:15 PM | I think I have seen it on display | |
| 15 | Jan 30, 2013 6:54 PM | I've never seen this particular pan feeder before. | |
| 16 | Jan 30, 2013 6:53 PM | I can not remember names of things | |
| 17 | Jan 30, 2013 6:25 PM | Guess! | |
| 18 | Jan 30, 2013 6:18 PM | I've heard of the brand associated with feed before. | |
| 19 | Jan 30, 2013 6:16 PM | farm | |
| 20 | Jan 30, 2013 6:13 PM | I dont know. | |
| 21 | Jan 30, 2013 6:08 PM | don't know | |
| 22 | Jan 30, 2013 5:54 PM | I am not sure. | |
| 23 | Jan 30, 2013 5:29 PM | Never bought one | |
| 24 | Jan 30, 2013 5:25 PM | unfamiliar | |
| 25 | Jan 30, 2013 5:21 PM | Saw at show | |
| 26 | Jan 30, 2013 4:16 PM | im unsure | |
| 27 | Jan 30, 2013 4:04 PM | I don't know who manufactures this. | |
| 28 | Jan 30, 2013 3:44 PM | I dont know | |
| 29 | Jan 30, 2013 3:38 PM | design | |
| 30 | Jan 30, 2013 3:36 PM | visual | |
| 31 | Jan 30, 2013 3:25 PM | I think Chore-Time dies | |
| 32 | Jan 30, 2013 3:25 PM | seen an ad | |
| 33 | Jan 30, 2013 2:51 PM | shape | |
| 34 | Jan 30, 2013 2:48 PM | Not that familiar with feeding equipment | |
| 35 | Jan 30, 2013 2:40 PM | not sure | |
| 36 | Jan 30, 2013 2:13 PM | saw picture in trade magazine | |
| 37 | Jan 30, 2013 2:10 PM | roxel | |
| 38 | Jan 29, 2013 9:37 PM | guess | |
| 39 | Jan 29, 2013 9:23 PM | guessed | |
| 40 | Jan 29, 2013 9:13 PM | I don't know what manufacturer makes them | |
| 41 | Jan 29, 2013 8:38 PM | don,Tn | |
| 42 | Jan 29, 2013 8:20 PM | it appears to be there product | |
| 43 | Jan 29, 2013 8:17 PM | i think i may have seen something like this advertised on their webpage | |
| 44 | Jan 29, 2013 8:01 PM | guess | |
| 45 | Jan 29, 2013 7:59 PM | guessed | |
| 46 | Jan 29, 2013 7:51 PM | vaguely rings a bell | |
| 47 | Jan 29, 2013 7:44 PM | same | |

| | | |
|---|---|---|
| 48 | Jan 29, 2013 7:36 PM | unfamiliar structure |
| 49 | Jan 29, 2013 7:27 PM | don't know |
| 50 | Jan 29, 2013 7:19 PM | we have these |
| 51 | Jan 29, 2013 7:02 PM | Does not look familiar to me |
| 52 | Jan 29, 2013 6:39 PM | know the company |
| 53 | Jan 29, 2013 6:34 PM | thats what I think |
| 54 | Jan 29, 2013 6:26 PM | I used to work with them |
| 55 | Jan 29, 2013 6:15 PM | Dont know the product |
| 56 | Jan 29, 2013 5:35 PM | don't know |
| 57 | Jan 29, 2013 5:29 PM | It looks familiar |
| 58 | Jan 29, 2013 5:08 PM | the foot ball design |
| 59 | Jan 29, 2013 5:01 PM | looks |
| 60 | Jan 29, 2013 4:58 PM | I have used them |
| 61 | Jan 29, 2013 4:51 PM | It's the only company from U.S.A that I know |
| 62 | Jan 29, 2013 4:48 PM | I believe this is what it is? |
| 63 | Jan 29, 2013 4:46 PM | don't recognize the shape |
| 64 | Jan 29, 2013 4:30 PM | LOOK MUCH STRONGER |
| 65 | Jan 29, 2013 4:29 PM | dark bottom light top |
| 66 | Jan 29, 2013 4:15 PM | NOT FAMILIAR |

## Harper Research

Looking at the poultry pan feeder image above, which, if any, of the following manufacturers makes the product?

| AnswerOptions | ResponsePercent | ResponseCount | OF THOSE THAT "KNOW" |
|---|---|---|---|
| Big Dutchman | 9.0% | 16 | 16% |
| Chore-Time | 11.9% | 21 | 21% |
| Cumberland | 5.1% | 9 | 9% |
| Lomax | 4.0% | 7 | 7% |
| Roxell | 12.4% | 22 | 22% |
| Val-Co | 13.6% | 24 | 24% |
| Other / Don't Know | 44.1% | 78 | |
| | AnsweredQuestion | 177 | |
| | SkippedQuestion | 258 | |



Looking at the poultry pan feeder image above, which, if any, of the following manufacturers makes the product?

- Big Dutchman
- Chore-Time
- Cumberland
- Lomax
- Roxell
- Val-Co
- Other / Don't Know

Harper Research

Why did you select this answer?

| AnswerOptions | ResponseCount |
|---|---|
| | 63 |
| AnsweredQuestion | 63 |
| SkippedQuestion | 372 |

| Number | Response Date | Response Text | Categories |
|---|---|---|---|
| 1 | Jan 31, 2013 4:07 PM | Looks pretty much like Lomax. | |
| 2 | Jan 31, 2013 3:59 PM | i know | |
| 3 | Jan 31, 2013 3:54 PM | just a guess | |
| 4 | Jan 31, 2013 3:51 PM | Trade show | |
| 5 | Jan 31, 2013 2:51 PM | I dont know who makes this | |
| 6 | Jan 31, 2013 2:51 PM | do not know | |
| 7 | Jan 30, 2013 9:03 PM | Guessed | |
| 8 | Jan 30, 2013 8:59 PM | Don't know the manufacture | |
| 9 | Jan 30, 2013 8:55 PM | Because that is the feeder I have seen on farms. | |
| 10 | Jan 30, 2013 8:54 PM | I think I saw at the show | |
| 11 | Jan 30, 2013 8:41 PM | i saw at show | |
| 12 | Jan 30, 2013 8:14 PM | Not familiar with product | |
| 13 | Jan 30, 2013 7:54 PM | Not sure | |
| 14 | Jan 30, 2013 7:40 PM | shape | |
| 15 | Jan 30, 2013 7:35 PM | seen their product | |
| 16 | Jan 30, 2013 7:17 PM | Looks similar to Val's style | |
| 17 | Jan 30, 2013 6:52 PM | I can never remember names of places | |
| 18 | Jan 30, 2013 6:25 PM | Not sure | |
| 19 | Jan 30, 2013 6:15 PM | farm | |
| 20 | Jan 30, 2013 6:14 PM | Looks like a val-co. | |
| 21 | Jan 30, 2013 6:08 PM | don't know image | |
| 22 | Jan 30, 2013 5:54 PM | not sure | |
| 23 | Jan 30, 2013 5:28 PM | Never bought one | |
| 24 | Jan 30, 2013 5:24 PM | unfamiliar | |
| 25 | Jan 30, 2013 5:22 PM | Sawe at show | |
| 26 | Jan 30, 2013 4:54 PM | roxell or valco makes it | |
| 27 | Jan 30, 2013 4:53 PM | not familiar | |
| 28 | Jan 30, 2013 4:03 PM | Because I have no idea who manufactures this. | |
| 29 | Jan 30, 2013 3:44 PM | dont know | |
| 30 | Jan 30, 2013 3:38 PM | design | |
| 31 | Jan 30, 2013 3:31 PM | Not sure who makes this select pan feeder | |
| 32 | Jan 30, 2013 3:25 PM | heard it | |
| 33 | Jan 30, 2013 3:19 PM | we have | |
| 34 | Jan 30, 2013 2:58 PM | know name | |
| 35 | Jan 30, 2013 2:52 PM | color | |
| 36 | Jan 30, 2013 2:49 PM | Same as last | |
| 37 | Jan 30, 2013 2:34 PM | looked familiar | |
| 38 | Jan 30, 2013 2:23 PM | i think i remember | |
| 39 | Jan 30, 2013 2:09 PM | this one is not familiar | |
| 40 | Jan 29, 2013 9:37 PM | guess | |
| 41 | Jan 29, 2013 9:24 PM | don't know why I choose Chore time | |

| | | |
|---|---|---|
| 42 | Jan 29, 2013 9:08 PM | i am just not sure which one |
| 43 | Jan 29, 2013 8:58 PM | Im not familiar with any of the feeder |
| 44 | Jan 29, 2013 8:21 PM | didn't know |
| 45 | Jan 29, 2013 8:14 PM | because i honestly do not know |
| 46 | Jan 29, 2013 7:59 PM | guess |
| 47 | Jan 29, 2013 7:51 PM | rings a bell |
| 48 | Jan 29, 2013 7:44 PM | next in line |
| 49 | Jan 29, 2013 7:32 PM | ditto |
| 50 | Jan 29, 2013 7:27 PM | seen something similar |
| 51 | Jan 29, 2013 7:19 PM | i dont know |
| 52 | Jan 29, 2013 7:03 PM | sorry - bad participant I think |
| 53 | Jan 29, 2013 6:33 PM | Thats what I think |
| 54 | Jan 29, 2013 6:16 PM | dont know the product |
| 55 | Jan 29, 2013 5:35 PM | don't know |
| 56 | Jan 29, 2013 5:20 PM | have looked |
| 57 | Jan 29, 2013 5:08 PM | flooding |
| 58 | Jan 29, 2013 5:00 PM | looks |
| 59 | Jan 29, 2013 4:59 PM | I have used them |
| 60 | Jan 29, 2013 4:48 PM | Unsure |
| 61 | Jan 29, 2013 4:32 PM | SAME |
| 62 | Jan 29, 2013 4:17 PM | Don't know |
| 63 | Jan 29, 2013 4:14 PM | NOT FAMILIAR WITH MANUFACTURERS |

# Harper Research

Please match the color combination below to the poultry pan feeder manufacturer(s) that produces it.

| AnswerOptions | Big Dutchman | Chore-Time | Cumberland | Lomax | Roxell | Val-Co | Don't Know / None | ResponseCoun t |
|---|---|---|---|---|---|---|---|---|
| Red/White | 17% | 50% | 23% | 7% | 7% | 4% | | |
| | 25 | 73 | 34 | 10 | 10 | 6 | 31 | 177 |
| | | | | | | | AnsweredQuestion | 177 |
| | | | | | | | SkippedQuestion | 258 |

## CUMBERLAND

Please match the color combination below to the poultry pan feeder manufacturer(s) that produces it.

# Harper Research

Please match the color combination below to the poultry pan feeder manufacturer(s) that produces it:

| AnswerOptions | Big Dutchman | Chore-Time | Cumberland | Lomax | Roxell | Val-Co | Don't Know / None | ResponseCount |
|---|---|---|---|---|---|---|---|---|
| Yellow/Gray | 17% | 13% | 20% | 12% | 22% | 20% | 57 | 177 |
| | 20 | 16 | 24 | 14 | 26 | 24 | | 177 |
| | | | | | | | AnsweredQuestion | 258 |
| | | | | | | | SkippedQuestion | |

ROXELL

Please match the color combination below to the poultry pan feeder manufacturer(s) that produces it.

Harper Research

Please match the color combination below to the poultry pan feeder manufacturer(s) that produces it.

| AnswerOptions | Big Dutchman | Chore-Time | Cumberland | Lomax | Roxell | Val-Co | Don't Know / None | ResponseCount |
|---|---|---|---|---|---|---|---|---|
| Yellow/Green | 8%<br>10 | 7%<br>9 | 24%<br>30 | 17%<br>21 | 10%<br>13 | 37%<br>46 | 51 | 177 |
| | | | | | | | AnsweredQuestion | 177 |
| | | | | | | | SkippedQuestion | 258 |

VALCO

Please match the color combination below to the poultry pan feeder manufacturer(s) that produces it.



Legend:
- Big Dutchman
- Chore-Time
- Cumberland
- Lomax
- Roxell
- Val-Co
- Don't Know / None

Yellow/Green

200
180
160
140
120
100
80
60
40
20
0

Harper Research

Please match the color combination below to the poultry-pan feeder manufacturer(s) that produces it.

| AnswerOptions | Big Dutchman | Chore-Time | Cumberland | Lomax | Roxell | Val-Co | Don't Know / None | ResponseCount |
|---|---|---|---|---|---|---|---|---|
| Orange/White | 62% | 6% | 5% | 11% | 10% | 8% | 133% | 177 |
| | 82 | 8 | 7 | 15 | 13 | 10 | 44 | 177 |
| | | | | | | | AnsweredQuestion | 258 |
| | | | | | | | SkippedQuestion | |

BIG DUTCHMAN

Please match the color combination below to the poultry pan feeder manufacturer(s) that produces it.



□ Big Dutchman
■ Chore-Time
■ Cumberland
□ Lomax
□ Roxell
■ Val-Co
■ Don't Know / None

Orange/White

# Harper Research

Please match the color combination below to the poultry pan feeder manufacturer(s) that produces it.

| AnswerOptions | Big Dutchman | Chore-Time | Cumberland | Lomax | Roxell | Val-Co | Don't Know / None | ResponseCount |
|---|---|---|---|---|---|---|---|---|
| Red/Gray | 6% | 32% | 18% | 15% | 14% | 16% | | |
| | 7 | 38 | 22 | 18 | 17 | 19 | 58 | 177 |
| | | | | | | | *AnsweredQuestion* | 177 |
| | | | | | | | *SkippedQuestion* | 258 |

CHORE-TIME

Please match the color combination below to the poultry pan feeder manufacturer(s) that produces it.



Legend: Big Dutchman, Chore-Time, Cumberland, Lomax, Roxell, Val-Co, Don't Know / None

Red/Gray

# Harper Research

Please match the color combination below to the poultry pan feeder manufacturer(s) that produces it.

| AnswerOptions | Big Dutchman | Chore-Time | Cumberland | Lomax | Roxell | Val-Co | Don't Know / None | ResponseCount |
|---|---|---|---|---|---|---|---|---|
| Blue/Orange | 28% | 8% | 7% | 23% | 18% | 20% | 76 | 177 |
| | 28 | 8 | 7 | 23 | 18 | 20 | | |

*AnsweredQuestion* 177
*SkippedQuestion* 258

NONE

Please match the color combination below to the poultry pan feeder manufacturer(s) that produces it.

## Harper Research

Looking at the poultry pan feeder image above, which, if any, of the following manufacturers makes the product?

| AnswerOptions | ResponsePercent | ResponseCount | OF THOSE THAT "KNOW" |
|---|---|---|---|
| Big Dutchman | 4.5% | 8 | 8% |
| Chore-Time | 4.0% | 7 | 7% |
| Cumberland | 11.3% | 20 | 19% |
| Lomax | 9.0% | 16 | 15% |
| Roxell | 18.1% | 32 | 30% |
| Val-Co | 13.0% | 23 | 22% |
| Other / Don't Know | 40.1% | 71 | |
| AnsweredQuestion | | 177 | |
| SkippedQuestion | | 258 | |



Looking at the poultry pan feeder image above, which, if any, of the following manufacturers makes the product?

- Big Dutchman
- Chore-Time
- Cumberland
- Lomax
- Roxell
- Val-Co
- Other / Don't Know

Harper Research

Why did you select this answer?

| AnswerOptions | ResponseCount |
|---|---|
| | 47 |
| AnsweredQuestion | 47 |
| SkippedQuestion | 388 |

| Number | Response Date | Response Text | Categories |
|---|---|---|---|
| 1 | Jan 31, 2013 4:08 PM | Looks familiar | |
| 2 | Jan 31, 2013 4:02 PM | seen it at the show | |
| 3 | Jan 31, 2013 2:52 PM | dont know | |
| 4 | Jan 30, 2013 8:44 PM | yellow color | |
| 5 | Jan 30, 2013 8:15 PM | Not familiar | |
| 6 | Jan 30, 2013 7:55 PM | Not Sure | |
| 7 | Jan 30, 2013 7:42 PM | shape | |
| 8 | Jan 30, 2013 7:39 PM | seen it | |
| 9 | Jan 30, 2013 7:19 PM | color scheme | |
| 10 | Jan 30, 2013 6:56 PM | I've never seen this feeder before. | |
| 11 | Jan 30, 2013 6:54 PM | I can not remember name brands | |
| 12 | Jan 30, 2013 6:26 PM | Dont Know | |
| 13 | Jan 30, 2013 6:20 PM | red and yellow make me think chore-time | |
| 14 | Jan 30, 2013 6:15 PM | Looks like s cumberland. | |
| 15 | Jan 30, 2013 6:09 PM | don't know | |
| 16 | Jan 30, 2013 5:55 PM | not sure | |
| 17 | Jan 30, 2013 5:27 PM | I just saw the manufacturer, and was so intrigued by the oval design, that I forgot the name | |
| 18 | Jan 30, 2013 5:24 PM | Have not seen at show yet | |
| 19 | Jan 30, 2013 4:55 PM | not familiar with the structure | |
| 20 | Jan 30, 2013 4:17 PM | the color | |
| 21 | Jan 30, 2013 4:05 PM | I don't know who manufactures this. | |
| 22 | Jan 30, 2013 3:45 PM | na | |
| 23 | Jan 30, 2013 3:40 PM | dont know | |
| 24 | Jan 30, 2013 3:33 PM | The color | |
| 25 | Jan 30, 2013 3:27 PM | seen ad | |
| 26 | Jan 30, 2013 3:21 PM | guess | |
| 27 | Jan 30, 2013 2:54 PM | shape and color | |
| 28 | Jan 30, 2013 2:50 PM | Not familiar with equipment | |
| 29 | Jan 30, 2013 2:41 PM | not sure | |
| 30 | Jan 29, 2013 9:38 PM | guess | |
| 31 | Jan 29, 2013 9:26 PM | guess | |
| 32 | Jan 29, 2013 8:22 PM | color | |
| 33 | Jan 29, 2013 8:19 PM | because i honestly have no idea who makes it. | |
| 34 | Jan 29, 2013 8:03 PM | guess | |
| 35 | Jan 29, 2013 7:54 PM | seems to be familiar | |
| 36 | Jan 29, 2013 7:45 PM | color | |
| 37 | Jan 29, 2013 7:37 PM | color | |
| 38 | Jan 29, 2013 7:32 PM | dont know | |
| 39 | Jan 29, 2013 7:21 PM | not familiar | |
| 40 | Jan 29, 2013 6:42 PM | I seen their advertising | |
| 41 | Jan 29, 2013 6:35 PM | thats what I think | |
| 42 | Jan 29, 2013 6:17 PM | not familar | |
| 43 | Jan 29, 2013 5:10 PM | pan design | |
| 44 | Jan 29, 2013 4:50 PM | unsurem,but interested in this product | |
| 45 | Jan 29, 2013 4:33 PM | NO IDEA | |
| 46 | Jan 29, 2013 4:32 PM | yellow | |
| 47 | Jan 29, 2013 4:16 PM | NOT FAMILIAR | |

## Harper Research

Looking at the poultry pan feeder image above, which, if any, of the following manufacturers makes the product?

| AnswerOptions | ResponsePercent | ResponseCount | OF THOSE THAT KNOW |
|---|---|---|---|
| Big Dutchman | 9.0% | 16 | 13% |
| Chore-Time | 39.0% | 69 | 56% |
| Cumberland | 9.6% | 17 | 14% |
| Lomax | 4.5% | 8 | 6% |
| Roxell | 5.1% | 9 | 7% |
| Val-Co | 2.8% | 5 | 4% |
| Other / Don't Know | 29.9% | 53 | |
| | AnsweredQuestion | 177 | |
| | SkippedQuestion | 258 | |



Looking at the poultry pan feeder image above, which, if any, of the following manufacturers makes the product?

- Big Dutchman
- Chore-Time
- Cumberland
- Lomax
- Roxell
- Val-Co
- Other / Don't Know

## Harper Research

**Why did you select this answer?**

| AnswerOptions | ResponseCount |
|---|---|
| | 43 |
| AnsweredQuestion | 43 |
| SkippedQuestion | 392 |

| Number | Response Date | Response Text | Categories |
|---|---|---|---|
| 1 | Jan 31, 2013 4:09 PM | Red and grey | |
| 2 | Jan 31, 2013 4:03 PM | dont know | |
| 3 | Jan 31, 2013 2:52 PM | guess | |
| 4 | Jan 30, 2013 8:44 PM | choretime red | |
| 5 | Jan 30, 2013 8:16 PM | Not familiar | |
| 6 | Jan 30, 2013 7:56 PM | Color | |
| 7 | Jan 30, 2013 7:42 PM | color | |
| 8 | Jan 30, 2013 7:40 PM | got one | |
| 9 | Jan 30, 2013 7:20 PM | color scheme | |
| 10 | Jan 30, 2013 6:56 PM | I'm pretty sure Cumberland products are red and gray. | |
| 11 | Jan 30, 2013 6:55 PM | I can not remember name brands | |
| 12 | Jan 30, 2013 6:26 PM | Guess | |
| 13 | Jan 30, 2013 6:16 PM | Looks like a lomax. | |
| 14 | Jan 30, 2013 6:09 PM | don't know | |
| 15 | Jan 30, 2013 5:56 PM | not sure | |
| 16 | Jan 30, 2013 5:27 PM | unfamilar | |
| 17 | Jan 30, 2013 5:24 PM | Have not seenat show yet | |
| 18 | Jan 30, 2013 4:17 PM | unsure | |
| 19 | Jan 30, 2013 4:05 PM | I don't know who manufactures this. | |
| 20 | Jan 30, 2013 3:45 PM | na | |
| 21 | Jan 30, 2013 3:40 PM | design | |
| 22 | Jan 30, 2013 3:33 PM | Colors | |
| 23 | Jan 30, 2013 3:27 PM | seen ad | |
| 24 | Jan 30, 2013 2:50 PM | Not familiar with equipment | |
| 25 | Jan 30, 2013 2:41 PM | not sure have not bought in a while | |
| 26 | Jan 29, 2013 9:38 PM | guess | |
| 27 | Jan 29, 2013 8:22 PM | color | |
| 28 | Jan 29, 2013 8:20 PM | I don't know who makes it | |
| 29 | Jan 29, 2013 8:04 PM | seen it | |
| 30 | Jan 29, 2013 8:02 PM | we have this on our farm | |
| 31 | Jan 29, 2013 7:54 PM | seems like i recall this | |
| 32 | Jan 29, 2013 7:45 PM | color | |
| 33 | Jan 29, 2013 7:37 PM | red/grey used before | |
| 34 | Jan 29, 2013 7:32 PM | Seen it | |
| 35 | Jan 29, 2013 7:21 PM | Ive got these | |
| 36 | Jan 29, 2013 6:42 PM | its red | |
| 37 | Jan 29, 2013 6:35 PM | thats what I think | |
| 38 | Jan 29, 2013 6:17 PM | not familiar | |
| 39 | Jan 29, 2013 5:11 PM | build | |
| 40 | Jan 29, 2013 4:50 PM | because i believe it is right | |
| 41 | Jan 29, 2013 4:34 PM | NO IDEA | |
| 42 | Jan 29, 2013 4:32 PM | red and gray | |
| 43 | Jan 29, 2013 4:16 PM | NOT FAMILIAR | |

## Harper Research

Looking at the poultry pan feeder image above, which, if any, of the following manufacturers makes the product?

| AnswerOptions | ResponsePercent | ResponseCount | OF THOSE THAT KNOW |
|---|---|---|---|
| Big Dutchman | 7.9% | 14 | 12% |
| Chore-Time | 26.6% | 47 | 41% |
| Cumberland | 14.1% | 25 | 22% |
| Lomax | 5.1% | 9 | 8% |
| Roxell | 7.3% | 13 | 11% |
| Val-Co | 3.4% | 6 | 5% |
| Other / Don't Know | 35.6% | 63 | |
| AnsweredQuestion | | 177 | |
| SkippedQuestion | | 258 | |



Looking at the poultry pan feeder image above, which, if any, of the following manufacturers makes the product?

- Big Dutchman
- Chore-Time
- Cumberland
- Lomax
- Roxell
- Val-Co
- Other / Don't Know

# Harper Research

Why did you select this answer?

| AnswerOptions | ResponseCount |
|---|---|
| | 42 |
| AnsweredQuestion | 42 |
| SkippedQuestion | 393 |

| Number | Response Date | Response Text Categories |
|---|---|---|
| 1 | Jan 31, 2013 4:09 PM | red and white |
| 2 | Jan 31, 2013 4:03 PM | seen it s |
| 3 | Jan 31, 2013 2:52 PM | guess |
| 4 | Jan 30, 2013 8:45 PM | looks like a choretime |
| 5 | Jan 30, 2013 8:16 PM | Not familiar |
| 6 | Jan 30, 2013 7:42 PM | color |
| 7 | Jan 30, 2013 7:40 PM | dont kn |
| 8 | Jan 30, 2013 7:20 PM | color scheme |
| 9 | Jan 30, 2013 6:57 PM | I'm pretty sure Chore-Time products are red and white. |
| 10 | Jan 30, 2013 6:55 PM | I can not remember name brands |
| 11 | Jan 30, 2013 6:27 PM | Hunch |
| 12 | Jan 30, 2013 6:16 PM | Looks like a big dutchman |
| 13 | Jan 30, 2013 6:09 PM | don't know |
| 14 | Jan 30, 2013 5:56 PM | not sure |
| 15 | Jan 30, 2013 5:27 PM | unfamiliar |
| 16 | Jan 30, 2013 5:25 PM | Have not seen at show yet |
| 17 | Jan 30, 2013 4:55 PM | it's chore time most likely |
| 18 | Jan 30, 2013 4:17 PM | the color is red |
| 19 | Jan 30, 2013 4:05 PM | I don't know who manufactures this. |
| 20 | Jan 30, 2013 3:45 PM | na |
| 21 | Jan 30, 2013 3:40 PM | color |
| 22 | Jan 30, 2013 3:34 PM | Not sure |
| 23 | Jan 30, 2013 3:27 PM | seen |
| 24 | Jan 30, 2013 2:50 PM | Not familiar with equipment |
| 25 | Jan 29, 2013 9:38 PM | guess |
| 26 | Jan 29, 2013 9:26 PM | guess |
| 27 | Jan 29, 2013 8:59 PM | becuase of the colors |
| 28 | Jan 29, 2013 8:23 PM | color |
| 29 | Jan 29, 2013 8:20 PM | I may have seen something similar on their webpage |
| 30 | Jan 29, 2013 8:04 PM | guess |
| 31 | Jan 29, 2013 7:55 PM | i think it reminds of the brand |
| 32 | Jan 29, 2013 7:45 PM | color |
| 33 | Jan 29, 2013 7:33 PM | Dont know |
| 34 | Jan 29, 2013 7:21 PM | seen in poultry equipment company |
| 35 | Jan 29, 2013 6:43 PM | its red |
| 36 | Jan 29, 2013 6:35 PM | that's what I think |
| 37 | Jan 29, 2013 6:17 PM | dont know product |
| 38 | Jan 29, 2013 5:11 PM | don't know |
| 39 | Jan 29, 2013 4:50 PM | because i belive this is what it is? |
| 40 | Jan 29, 2013 4:34 PM | NO IDEA |
| 41 | Jan 29, 2013 4:33 PM | red & white |
| 42 | Jan 29, 2013 4:16 PM | NOT FAMILIAR |

## Harper Research

Looking at the poultry pan feeder image above, which, if any, of the following manufacturers makes the product?

| AnswerOptions | ResponsePercent | ResponseCount | OF THOSE THAT KNOW |
|---|---|---|---|
| Big Dutchman | 5.1% | 9 | 8% |
| Chore-Time | 4.0% | 7 | 6% |
| Cumberland | 11.3% | 20 | 17% |
| Lomax | 8.5% | 15 | 13% |
| Roxell | 7.3% | 13 | 11% |
| Val-Co | 31.1% | 55 | 46% |
| Other / Don't Know | 32.8% | 58 | |
| | AnsweredQuestion | 177 | |
| | SkippedQuestion | 258 | |



Looking at the poultry pan feeder image above, which, if any, of the following manufacturers makes the product?

- Big Dutchman
- Chore-Time
- Cumberland
- Lomax
- Roxell
- Val-Co
- Other / Don't Know

Harper Research

Why did you select this answer?

| AnswerOptions | ResponseCount |
|---|---|
| | 44 |
| AnsweredQuestion | 44 |
| SkippedQuestion | 391 |

| Number | Response Date | Response Text | Categories |
|---|---|---|---|
| 1 | Jan 31, 2013 4:09 PM | colors | |
| 2 | Jan 31, 2013 4:04 PM | seen it at the` show | |
| 3 | Jan 31, 2013 2:52 PM | guess | |
| 4 | Jan 30, 2013 8:45 PM | yellow green in color | |
| 5 | Jan 30, 2013 8:16 PM | Not familiar | |
| 6 | Jan 30, 2013 7:56 PM | Color | |
| 7 | Jan 30, 2013 7:42 PM | color | |
| 8 | Jan 30, 2013 7:41 PM | dont kn | |
| 9 | Jan 30, 2013 7:20 PM | color scheme | |
| 10 | Jan 30, 2013 6:57 PM | I've never seen this product before. | |
| 11 | Jan 30, 2013 6:55 PM | I can not remember name brands | |
| 12 | Jan 30, 2013 6:27 PM | Guess | |
| 13 | Jan 30, 2013 6:16 PM | Looks like a val-co. | |
| 14 | Jan 30, 2013 6:10 PM | don't know | |
| 15 | Jan 30, 2013 5:56 PM | not sure | |
| 16 | Jan 30, 2013 5:27 PM | unfamiliar | |
| 17 | Jan 30, 2013 5:25 PM | Have not seen yet | |
| 18 | Jan 30, 2013 4:55 PM | it looks about right, im not sure if im thinking of another type | |
| 19 | Jan 30, 2013 4:17 PM | yellow and green | |
| 20 | Jan 30, 2013 4:05 PM | I don't know who manufactures this. | |
| 21 | Jan 30, 2013 3:45 PM | na | |
| 22 | Jan 30, 2013 3:40 PM | color | |
| 23 | Jan 30, 2013 3:34 PM | Color | |
| 24 | Jan 30, 2013 3:28 PM | magazine | |
| 25 | Jan 30, 2013 2:50 PM | Not familiar with equipment | |
| 26 | Jan 29, 2013 9:38 PM | color | |
| 27 | Jan 29, 2013 9:26 PM | i GUESSED | |
| 28 | Jan 29, 2013 9:00 PM | color recognition | |
| 29 | Jan 29, 2013 8:23 PM | color | |
| 30 | Jan 29, 2013 8:21 PM | i may have seen something like this on their webpage | |
| 31 | Jan 29, 2013 8:05 PM | color | |
| 32 | Jan 29, 2013 7:55 PM | think this is it | |
| 33 | Jan 29, 2013 7:46 PM | color | |
| 34 | Jan 29, 2013 7:33 PM | Dont know | |
| 35 | Jan 29, 2013 7:22 PM | theyre yellow | |
| 36 | Jan 29, 2013 6:43 PM | saw it advertised | |
| 37 | Jan 29, 2013 6:35 PM | that's what I think | |
| 38 | Jan 29, 2013 6:18 PM | dont know product | |
| 39 | Jan 29, 2013 5:11 PM | don't know | |
| 40 | Jan 29, 2013 5:01 PM | I have used them | |
| 41 | Jan 29, 2013 4:51 PM | totally unfamiliar with this | |
| 42 | Jan 29, 2013 4:34 PM | NO IDEA | |
| 43 | Jan 29, 2013 4:33 PM | red & green | |
| 44 | Jan 29, 2013 4:16 PM | NOT FAMILIAR | |

## Harper Research

Looking at the poultry pan feeder image above, which, if any, of the following manufacturers makes the product?

| AnswerOptions | ResponsePercent | ResponseCount | OF THOSE THAT KNOW |
|---|---|---|---|
| Big Dutchman | 37.3% | 66 | 51% |
| Chore-Time | 13.6% | 24 | 19% |
| Cumberland | 10.2% | 18 | 14% |
| Lomax | 3.4% | 6 | 5% |
| Roxell | 6.2% | 11 | 9% |
| Val-Co | 2.3% | 4 | 3% |
| Other / Don't Know | 27.1% | 48 | |
| | AnsweredQuestion | 177 | |
| | SkippedQuestion | 258 | |



Looking at the poultry pan feeder image above, which, if any, of the following manufacturers makes the product?

□ Big Dutchman
■ Chore-Time
□ Cumberland
□ Lomax
■ Roxell
▨ Val-Co
■ Other / Don't Know

Harper Research

**Why did you select this answer?**

| AnswerOptions | ResponseCount |
|---|---|
| | 43 |
| AnsweredQuestion | 43 |
| SkippedQuestion | 392 |

| Number | Response Date | Response Text Categories |
|---|---|---|
| 1 | Jan 31, 2013 4:09 PM | colors |
| 2 | Jan 31, 2013 4:04 PM | seen it somewhere |
| 3 | Jan 31, 2013 2:52 PM | guess |
| 4 | Jan 30, 2013 8:45 PM | Big duchman is orange and white |
| 5 | Jan 30, 2013 8:16 PM | Not familiar |
| 6 | Jan 30, 2013 7:56 PM | color |
| 7 | Jan 30, 2013 7:43 PM | color |
| 8 | Jan 30, 2013 7:42 PM | dont kn |
| 9 | Jan 30, 2013 7:21 PM | color scheme |
| 10 | Jan 30, 2013 6:57 PM | The commercial broiler farm I work for uses Big Dutchman products. |
| 11 | Jan 30, 2013 6:55 PM | I can not remember name brands |
| 12 | Jan 30, 2013 6:27 PM | Color |
| 13 | Jan 30, 2013 6:16 PM | Looks like a roxell. |
| 14 | Jan 30, 2013 6:10 PM | don't know |
| 15 | Jan 30, 2013 5:56 PM | color |
| 16 | Jan 30, 2013 5:27 PM | unknown |
| 17 | Jan 30, 2013 5:25 PM | Saw at show |
| 18 | Jan 30, 2013 4:17 PM | white and red |
| 19 | Jan 30, 2013 4:06 PM | I don't know who manufactures this. |
| 20 | Jan 30, 2013 3:45 PM | na |
| 21 | Jan 30, 2013 3:41 PM | color |
| 22 | Jan 30, 2013 3:34 PM | Color |
| 23 | Jan 30, 2013 3:28 PM | ad |
| 24 | Jan 30, 2013 2:51 PM | Not familiar with equipment |
| 25 | Jan 29, 2013 9:39 PM | guess |
| 26 | Jan 29, 2013 9:27 PM | guess |
| 27 | Jan 29, 2013 9:00 PM | shape and color |
| 28 | Jan 29, 2013 8:23 PM | color |
| 29 | Jan 29, 2013 8:21 PM | I honestly have no idea who makes it |
| 30 | Jan 29, 2013 8:05 PM | color |
| 31 | Jan 29, 2013 7:55 PM | could not say |
| 32 | Jan 29, 2013 7:46 PM | color |
| 33 | Jan 29, 2013 7:33 PM | don't know |
| 34 | Jan 29, 2013 7:22 PM | I believe this is their colors |
| 35 | Jan 29, 2013 6:43 PM | same as before |
| 36 | Jan 29, 2013 6:36 PM | thats what I think |
| 37 | Jan 29, 2013 6:18 PM | not familar |
| 38 | Jan 29, 2013 5:12 PM | don't know |
| 39 | Jan 29, 2013 5:01 PM | I have seen them |
| 40 | Jan 29, 2013 4:51 PM | because this is what it is |
| 41 | Jan 29, 2013 4:34 PM | NO IDEA |
| 42 | Jan 29, 2013 4:33 PM | orange |
| 43 | Jan 29, 2013 4:16 PM | NOT FAMILIAR |

## Harper Research

Have you ever purchased, or been involved in the decision to purchase poultry pan feeders?

| AnswerOptions | ResponsePercent | ResponseCount |
|---|---|---|
| Yes | 32.2% | 57 |
| No | 67.8% | 120 |
| AnsweredQuestion | | 177 |
| SkippedQuestion | | 258 |



Have you ever purchased, or been involved in the decision to purchase poultry pan feeders?