IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:14-CV-157-D

| | |
|---|---|
| CTB, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   **ORDER** |
| | ) |
| HOG SLAT, INC., | ) |
| | ) |
| Defendant. | ) |

This case comes before the court on the unopposed motion (D.E. 78) by defendant Hog Slat, Inc. ("defendant") for permission to bring laptop computers, cell phones, and court reporting and videography equipment to the deposition of David J. Marr being held at the Terry Sanford Federal Building and Courthouse on Thursday, 28 April 2016. For good cause shown, the motion is ALLOWED. Defendant's counsel shall be permitted to bring laptop computers and cell phones into the courthouse and the court reporting firm of McCorkle Litigation Services, Inc. shall be permitted to bring necessary equipment to transcribe and videotape the deposition. Although plaintiff CTB, Inc. did not respond to the motion, its counsel too shall be permitted to bring laptop computers and cell phones into the courthouse for the deposition.

To ensure that court security officers are aware of the court's approval of the foregoing arrangements, the clerk is directed to provide the appropriate official in the Marshals Service a copy of this Order no later than tomorrow.

SO ORDERED, this 20th day of April 2016.

James E. Gates
United States Magistrate Judge