IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-157-D

| | | |
|---|---|---|
| CTB, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HOG SLAT INCORPORATED, | ) | |
| | ) | |
| Defendant. | ) | |

On October 24, 2016, the court held a hearing on pending motions. As explained in open court and incorporated herein by reference, the court OVERRULES plaintiff's objections and appeal from Magistrate Judge Gates's March 23, 2016 order [D.E. 88], DENIES defendant's motion to show cause [D.E. 103], and GRANTS defendant's motion for attorney's fees and costs [D.E. 80]. The court AWARDS defendant $22,898 in attorneys' fees and costs. Plaintiff shall pay the fees and costs by November 23, 2016. Defendant's request for additional fees and costs is DENIED.

As for the remaining discovery issues, plaintiff shall produce Exhibit A of it October 13, 2016 submission to the court not later than October 28, 2016. Plaintiff need not produce Exhibit B due to the attorney-client privilege.

Discovery is extended until December 2, 2016. Plaintiff may depose Susan Hight and David Laurenz. Plaintiff shall complete these depositions before deposing David Marr. David Marr's deposition will take place in the federal courthouse in Raleigh, and Magistrate Judge Gates will be available to address privilege issues. Counsel shall confer with Magistrate Judge Gates's chambers about scheduling in order to secure a room and to schedule the deposition on a date when

he is available. Dispositive motions are due no later than January 20, 2016. Mediation will take place after the parties complete briefing on dispositive motions.

SO ORDERED. This **24** day of October 2016.

                                                  JAMES C. DEVER III
                                                  Chief United States District Judge