IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-157-D

| | | |
|---|---|---|
| CTB, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HOG SLAT INCORPORATED, | ) | |
| | ) | |
| Defendant. | ) | |

On July 31, 2017, the parties filed a joint motion [D.E. 153] requesting a stay on any ruling on the pending motions for summary judgment [D.E. 115, 118], motion in limine to exclude plaintiff's expert Rhonda Harper [D.E. 142], and motion for hearing [D.E. 148] pending the outcome of engineering tests that, if successful, could likely lead to settlement. Good cause exists for the motion. The motion [D.E. 153] is GRANTED, and it is ORDERED that:

(i) the pending motions [D.E. 115, 118, 142, 148] are DENIED without prejudice pending the outcome of defendant's engineering tests;

(ii) no later than November 1, 2017, the parties shall submit a joint notice to the court advising of the status of the testing and settlement efforts; and

(iii) the parties shall promptly advise the court if at any time either party determines that the outcome of the tests and/or settlement discussions will not result in settlement so that the court may lift the stay, reactivate the motions at D.E. 115, 118, 142, 148, and rule on the merits of the those motions.

SO ORDERED. This 31 day of July 2017.

JAMES C. DEVER III
Chief United States District Judge