IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:14-CV-00157-D

| | |
|---|---|
| **CTB, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **JOINT NOTICE** |
| v. ) | |
| ) | |
| **HOG SLAT, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

**NOW COME** Plaintiff CTB, Inc. ("CTB") and Defendant Hog Slat, Inc. ("Hog Slat") (together, the "Parties"), and for their Joint Notice, state as follows:

1. On July 31, 2017, the Parties filed a Joint Motion for a Stay (D.E. 153) of any ruling on the pending Motions for Summary Judgment (D.E. 115, 118), Motion *In Limine* to exclude Plaintiff's expert Rhonda Harper (D.E. 142), and Motion for Hearing on the Motion *In Limine* (D.E. 148) pending the outcome of certain engineering tests being conducted by Hog Slat that could lead to settlement.

2. The Court granted the Joint Motion (D.E. 154), and denied without prejudice the pending motions, indicating that they could be reactivated if settlement is not reached. The Court further ordered the Parties to submit a Joint Notice to the Court no later than November 1, 2017 advising of the status of the testing and settlement efforts.

3. Since filing the Joint Motion, the Parties have continued to engage in settlement talks. Further, Hog Slat has continued its engineering tests, conducting multiple rounds of tests to evaluate the viability and market acceptance of certain alternatives.

1

4. The results to date have been inconclusive and additional testing will require at least another 20 or more weeks.

Should the Court desire additional information, the parties will appear in person or telephonically at the Court's request.

Respectfully submitted,

| WILLIAMS MULLEN | CLARK HILL PLC |
|---|---|
| */s/ Robert C. Van Arnam*<br>Robert C. Van Arnam<br>N.C. State Bar No. 28838<br>Richard Matthews<br>Andrew Shores<br>WILLIAMS MULLEN<br>301 Fayetteville Street, Suite 1700<br>P.O. Box 1000 (27602)<br>Raleigh, NC 27601<br>rvanarnam@williamsmullen.com<br>rmatthews@williamsmullen.com<br>ashores@williamsmullen.com<br><br>*Attorneys for Defendant Hog Slat, Incorporated* | */s/ Christopher B. Clare*<br>David J. Marr (Ill. Bar No. 6194750)<br>Eric Dorkin (Ill. Bar No. 6256930)<br>130 East Randolph St., Suite 3900<br>Chicago, Illinois 60601<br>tel (312) 985-5900<br>fax (312) 985-5999<br>dmarr@clarkhill.com<br>edorkin@clarkhill.com<br><br>Christopher B. Clare (N.C. Bar No. 39582)<br>601 Pennsylvania Avenue NW<br>North Building, Suite 1000<br>Washington, D.C. 20004<br>tel (202) 572-8671<br>fax (202) 772-0919<br>cclare@clarkhill.com<br>Attorney for Plaintiff, CTB, Inc.<br>Local Civil Rule 83.1 Counsel<br><br>*Attorneys for Plaintiff, CTB, Inc.* |

Dated: November 1, 2017

# CERTIFICATE OF SERVICE

  I certify that, on November 1, 2017, I electronically filed the foregoing JOINT NOTICE with the Clerk of the Court using the CM/ECF system that will automatically serve all counsel of record including the following:

    Robert C. Van Arnam
    Richard Matthews
    Andrew Shores
    WILLIAMS MULLEN
    301 Fayetteville Street, Suite 1700
    P.O. Box 1000 (27602)
    Raleigh, NC 27601
    rvanarnam@williamsmullen.com
    rmatthews@williamsmullen.com
    ashores@williamsmullen.com

Dated: November 1, 2017

    CLARK HILL PLC

    s/ *Christopher B. Clare*
    Christopher B. Clare