IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:14-CV-00157-D

| CTB, INC., | ) |
|---|---|
| Plaintiff, | ) |
| | ) **JOINT MOTION** |
| v. | ) **TO LIFT STAY** |
| | ) |
| HOG SLAT, INC., | ) |
| | ) |
| Defendant. | ) |

**NOW COME** Plaintiff CTB, Inc. ("CTB") and Defendant Hog Slat, Inc. ("Hog Slat") (together, the "Parties"), and for their Joint Motion to Lift Stay, state as follows:

1. On July 31, 2017, the Parties filed a Joint Motion for a Stay (D.E. 153) of any ruling on the pending Motions for Summary Judgment (D.E. 115, 118), Motion *In Limine* to exclude plaintiff's expert Rhonda Harper (D.E. 142), and Motion for Hearing on the Motion *In Limine* (D.E. 148) pending the outcome of certain engineering tests being conducted by Hog Slat that could lead to settlement.

2. The Court granted the Joint Motion (D.E. 154), and denied without prejudice the pending motions, indicating that they could be reactivated if settlement is not reached. The Court further ordered the Parties to submit a joint notice to the Court no later than Nov. 1, 2017 advising of the status of the testing and settlement efforts. The Parties filed that Joint Notice on November 1, 2017 (D.E. 159).

3. Since filing the Joint Notice in November, Hog Slat has continued its testing that began last summer. To date, however, Hog Slat's testing has not demonstrated results to Hog Slat sufficient to justify design changes. Thus, the Parties remain at an impasse on settlement.

1

4. Accordingly, in view of the continuing impasse on settlement, and pursuant to the Order granting the Stay (D.E. 154), the Parties respectfully request the Court lift the current Stay, and reactivate the pending Motions.

**WHEREFORE**, the Parties respectfully request that the Court lift the current Stay, reactivate the Motions (D.E. 115, 118, 142, 148), rule on the merits of those motions, and enter whatever further relief the Court deems appropriate.

Dated: March 13, 2018

Respectfully submitted,

| WILLIAMS MULLEN | CLARK HILL PLC |
|---|---|
| */s/ Robert C. Van Arnam* | */s/ Christopher B. Clare* |
| Robert C. Van Arnam | David J. Marr (Ill. Bar No. 6194750) |
| N.C. State Bar No. 28838 | Eric Dorkin (Ill. Bar No. 6256930) |
| Richard Matthews | 130 East Randolph St., Suite 3900 |
| Andrew Shores | Chicago, Illinois 60601 |
| WILLIAMS MULLEN | tel (312) 985-5900 |
| 301 Fayetteville Street, Suite 1700 | fax (312) 985-5999 |
| P.O. Box 1000 (27602) | dmarr@clarkhill.com |
| Raleigh, NC 27601 | edorkin@clarkhill.com |
| rvanarnam@williamsmullen.com | |
| rmatthews@williamsmullen.com | Christopher B. Clare (N.C. Bar No. 39582) |
| ashores@williamsmullen.com | 601 Pennsylvania Avenue NW |
| | North Building, Suite 1000 |
| *Attorneys for Defendant Hog Slat, Incorporated* | Washington, D.C. 20004 |
| | tel (202) 572-8671 |
| | fax (202) 772-0919 |
| | cclare@clarkhill.com |
| | Attorney for Plaintiff, CTB, Inc. |
| | Local Civil Rule 83.1 Counsel |
| | |
| | *Attorneys for Plaintiff, CTB, Inc.* |

# CERTIFICATE OF SERVICE

      I certify that, on March 13, 2018, I electronically filed the foregoing JOINT MOTION TO LIFT STAY with the Clerk of the Court using the CM/ECF system that will automatically serve all counsel of record including the following:

>David J. Marr (Ill. Bar No. 6194750)
>Eric Dorkin (Ill. Bar No. 6256930)
>Clark Hill PLC
>130 East Randolph St., Suite 3900
>Chicago, Illinois 60601
>tel (312) 985-5900
>fax (312) 985-5999
>dmarr@clarkhill.com
>edorkin@clarkhill.com
>
>Christopher B. Clare (N.C. Bar No. 39582)
>Clark Hill PLC
>601 Pennsylvania Avenue NW
>North Building, Suite 1000
>Washington, D.C. 20004
>tel (202) 572-8671
>fax (202) 772-0919
>cclare@clarkhill.com
>Attorney for Plaintiff, CTB, Inc.
>Local Civil Rule 83.1 Counsel
>
>*Attorneys for Plaintiff, CTB, Inc.*

Dated: March 13, 2018

                                          WILLIAMS MULLEN

                                          */s/ Robert C. Van Arnam*