IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:14-CV-157-D

| | |
|---|---|
| CTB, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HOG SLAT, INCORPORATED | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO LIFT STAY**

This matter is before the Court upon the Joint Motion of the parties to lift the stay on any ruling on the pending Motions for Summary Judgment (D.E. 115, 118), Motion *in Limine* to Exclude Plaintiff's Expert Rhonda Harper (D.E. 142), and Motion for Hearing (D.E. 148). Good cause having been shown, and pursuant to paragraph (iii) of the Order Granting the Stay (D.E. 154), the Motion is **GRANTED** and it is **ORDERED** that the stay previously ordered by the Court (D.E. 154) is hereby lifted and the pending Motions (D.E. 115, 118, 142, and 148) are reactivated.

SO ORDERED. This the ____ day of March, 2018.

                                                                                           James C. Dever III
                                                                                           Chief United States District Judge