IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:14-CV-00157-FL

| | |
|---|---|
| CTB, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HOG SLAT, INCORPORATED, | ) |
| | ) |
| Defendant. | ) |

# NOTICE OF SUBSEQUENTLY DECIDED CONTROLLING AUTHORITY

Pursuant to Local Rule 7.1(h), Hog Slat, Inc. ("Hog Slat") submits this notice of subsequently decided authority related to Hog Slat's pending Motion for Summary Judgment (D.E. 118), and in opposition to Plaintiff CTB, Inc.'s pending Motion for Summary Judgment (D.E. 115):

*In re General Mills IP Holdings II, LLC*, 124 U.S.P.Q.2d 1016, 2017 WL 4082590 (T.T.A.B. Aug. 22, 2017) (Precedential) (affirming Trademark Examining Attorney's refusal to register "the color yellow appearing as the predominate uniform background color on product packaging," finding a lack of distinctiveness in view of concurrent use of same color by competitors) attached hereto as **Exhibit A**;

*Poly-Am., L.P. v. Illinois Tool Works, Inc.*, 124 U.S.P.Q.2d 1508, 2017 WL 4687981, at *6-*15 (T.T.A.B. Oct. 18, 2017) (Precedential) (cancelling trade dress registration on functionality grounds in view of Registrant's utility patent disclosing functional nature of claimed trade dress) attached hereto as **Exhibit B**.

1

Dated: May 23, 2018                    Respectfully submitted,

**WILLIAMS MULLEN**

*/s/ Andrew R. Shores*
Robert C. Van Arnam (N.C. Bar No. 28838)
Andrew R. Shores (N.C. Bar No. 46600)
P.O. Box 1000
Raleigh, NC 27602-1000
Telephone: (919) 981-4000
Fax: (919) 981-4300
rvanarnam@williamsmullen.com
ashores@williamsmullen.com

*Counsel for Defendant Hog Slat, Incorporated*

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of electronic filing to the following counsel of record for the Plaintiff:

| | |
|---|---|
| David J. Marr (Ill. Bar No. 6194750) <br> Eric Dorkin (Ill. Bar No. 6256390) <br> CLARK HILL PLLC <br> 130 E. Randolph Street, Suite 3900 <br> Chicago, Illinois 60601 <br> dmarr@clarkhill.com <br> edorkin@clarkhill.com | Christopher B. Clare (NC Bar No. 39582) <br> 601 Pennsylvania Avenue NW <br> North Building, Suite 1000 <br> Washington, D.C. 20004 <br> cclare@clarkhill.com <br> Local Civil Rule 83.1 Counsel |

*Counsel for Plaintiff CTB Inc.*

**WILLIAMS MULLEN**

By: */s/ Andrew R. Shores*
Robert C. Van Arnam
N.C. State Bar No. 28838
Andrew R. Shores
N.C. State Bar No. 46600
P.O. Box 1000
Raleigh, NC 27602-1000
Telephone: (919) 981-4000
Fax: (919) 981-4300
rvanarnam@williamsmullen.com
ashores@williamsmullen.com

*Attorneys for Defendant Hog Slat, Incorporated*

3