# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
# Case No. 7:14-CV-00157-D

| | |
|---|---|
| CTB, INC., | ) |
|     Plaintiff, | ) **PLAINTIFF CTB, INC.'S** |
| | ) **NOTICE OF APPEAL** |
| v. | ) |
| HOG SLAT, INC., | ) |
|     Defendant. | ) |

Notice is hereby given that CTB, Inc., Plaintiff in the above-captioned matter, appeals to the United States Court of Appeals for the Fourth Circuit from the final Judgment (D.E. 168) entered by the Court on August 23, 2018.

Dated: September 21, 2018

Respectfully submitted,

CLARK HILL PLC

*/s/ Christopher B. Clare*
David J. Marr (Ill. Bar No. 6194750)
Eric Dorkin (Ill. Bar No. 6256930)
130 East Randolph St., Suite 3900
Chicago, Illinois 60601
tel (312) 985-5900
fax (312) 985-5999
dmarr@clarkhill.com
edorkin@clarkhill.com

Christopher B. Clare (N.C. Bar No. 39582)
601 Pennsylvania Avenue NW
North Building, Suite 1000
Washington, D.C. 20004
tel (202) 572-8671
fax (202) 772-0919
cclare@clarkhill.com
Attorney for Plaintiff, CTB, Inc.
Local Civil Rule 83.1 Counsel

## CERTIFICATE OF SERVICE

I certify that, on September 21, 2018, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system.

The aforementioned documents will be served on the following counsel of record for Hog Slat, Incorporated in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court:

> Robert C. Van Arnam
> Richard Matthews
> Andrew Shores
> WILLIAMS MULLEN
> 301 Fayetteville Street, Suite 1700
> P.O. Box 1000 (27602)
> Raleigh, NC 27601
> rvanarnam@williamsmullen.com
> rmatthews@williamsmullen.com
> ashores@williamsmullen.com

Dated: September 21, 2018

> CLARK HILL PLC
>
> s/ *Christopher B. Clare*
> Christopher B. Clare