IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:14-CV-00157-D

| | |
|---|---|
| CTB, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HOG SLAT, INC., | ) |
| | ) |
|     Defendant. | ) |

**PLAINTIFF'S MOTION FOR DISALLOWANCE OF COSTS**

Plaintiff CTB, Inc. ("CTB"), pursuant to Local Rule 54.1(b) and by and through its undersigned counsel, hereby files this Motion for Disallowance of Costs sought by Defendant Hog Slat, Inc. ("Hog Slat") in its Motion for Costs (D.E. 177). More specifically, CTB moves to disallow $4,862.19 of the costs sought by Hog Slat (as well as any other costs the Court may determine to be inappropriate) as non-taxable and/or unsupported by the motion and supporting documents, and thus inappropriate under this Court's Application for Costs Guidelines and related case law. In support of this Motion, CTB submits contemporaneously herewith its Memorandum of Law in Support of its Motion for Disallowance of Costs.

WHEREFORE, CTB respectfully requests that the Court grant its Motion for Disallowance of Costs and deny $4,862.19 of the costs sought by Hog Slat, as well as any further costs sought by Hog Slat that the Court determines to be inappropriate.

Respectfully submitted,

CLARK HILL PLC

/s/ *Christopher B. Clare*
David J. Marr (Ill. Bar No. 6194750)
Eric Dorkin (Ill. Bar No. 6256930)

130 East Randolph St., Suite 3900
Chicago, Illinois 60601
tel (312) 985-5900
fax (312) 985-5999
dmarr@clarkhill.com
edorkin@clarkhill.com

Christopher B. Clare (N.C. Bar No. 39582)
601 Pennsylvania Avenue NW
North Building, Suite 1000
Washington, D.C. 20004
tel (202) 572-8671
fax (202) 772-0919
cclare@clarkhill.com
Attorney for Plaintiff, CTB, Inc.
Local Civil Rule 83.1 Counsel

*Attorneys for Plaintiff, CTB, Inc.*

Dated: April 29, 2020

## CERTIFICATE OF SERVICE

      I certify that, on April 29, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will automatically serve all counsel of record.

Dated: April 29, 2020

                                    CLARK HILL PLC

                                    s/ *Christopher B. Clare*
                                    Christopher B. Clare